UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6008 CR-ROETTGER

21 U.S.C. 846
21 U.S.C. 841 (a)(1)
18 U.S.C. 922 (g)(1)
18 U.S.C. 2

MAGISTRATE JUDGE
SNOW

UNITED STATES OF AMERICA, )
)
                Plaintiff, )
)
v. )
)
RAY ADDERLY )
)
                Defendant. )
_____ )



FILED by _____ D.C.

JAN 1 3 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### INDICTMENT

The Grand Jury charges that:

### COUNT I

On or about October 1, 1999, in Broward County, in the Southern District of Florida, the defendant,

**RAY ADDERLY,**

did knowingly and intentionally combine, conspire, confederate, and agree with persons unknown to the Grand Jury, to possess with intent to distribute a Schedule II controlled substance, that is, a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 841 (a)(1).

All in violation of Title 21, United States Code, Section 846.



## COUNT II

On or about October 1, 1999, in Broward County, in the Southern District of Florida, the defendant,

**RAY ADDERLY,**

did knowingly and intentionally possess with intent to distribute a Schedule II controlled substance, that is, a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

## COUNT III

On or about October 1, 1999, in Broward County, in the Southern District of Florida, the defendant,

**RAY ADDERLY,**

having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm in and affecting commerce, to wit, a King Cobra .357 caliber revolver, in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT IV

On or about October 1, 1999, in Broward County, in the Southern District of Florida, the defendant,

**RAY ADDERLY,**

did knowingly use and carry a firearm, to wit, a King Cobra .357 caliber revolver, during and in relation to, and possess in furtherance of, a drug trafficking crime which is a felony prosecutable

in a court of the United States, that is, a violation of Title 21, United States Code, Sections 841 (a)(1) and 846, as set forth in Count I and Count II of this indictment.

All in violation of Title 18, United States Code, Sections 924(c) and 2.

A TRUE BILL

_____
FOREPERSON

_____
THOMAS E. SCOTT
UNITED STATES ATTORNEY

_____
EDWARD R. RYAN
ASSISTANT U.S. ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA    CASE NO. _____

v.

RAY ADDERLY                 **CERTIFICATE OF TRIAL ATTORNEY***

**Court Division:** (Select One)

**Superseding Case Information:**
New Defendant(s)     Yes ___   No ___
Number of New Defendants    ___
Total number of counts       ___

___ Miami    ___ Key West
_X_ FTL      ___ WPB    ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No) __NO__
   List language and/or dialect __English__

4. This case will take __2__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                           (Check only one)

   I    0 to 5 days      _X_         Petty     ___
   II   6 to 10 days     ___         Minor     ___
   III  11 to 20 days    ___         Misdem.   ___
   IV   21 to 60 days    ___         Felony    _X_
   V    61 days and over ___

6. Has this case been previously filed in this District Court? (Yes or No) __No__
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?(Yes or No) __No__
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____   District of _____

   Is this a potential death penalty case? (Yes or No) __No__

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes _X_ No  If yes, was it pending in the Central Region? ___ Yes ___ No

                                       _____
                                       EDWARD R. RYAN
                                       ASSISTANT UNITED STATES ATTORNEY
                                       Court Bar No. A5000053

*Penalty Sheet(s) attached                                  REV.4/7/99

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# PENALTY SHEET

Defendant's Name: RAY ADDERLY                    No.:_____

Counts # I:
Conspiracy to possess with Intent to Distribute Cocaine; in violation of 21 USC 846

*Max Penalty: 20 years' maximum; $1,000,000 fine

Counts # II:
Possession with Intent to Distribute Cocaine;
in violation of 21 USC 841 (a)(1) and 18 USC 2
*Max Penalty: 20 years' maximum; $1,000,000 fine

Count #:III
Felon in Possession of a Firearm; in violation of 18 USC 922(g)(1)

*Max Penalty: 10 years' maximum; $250,000 fine

Count #:IV
Carrying a Weapon in Furtherance of a Drug Trafficking Offense;
in violation of 18 USC 924(c) and 2
*Max Penalty: 5 years' consecutive mandatory; $250,000 fine

Count # :

_____

*Max Penalty:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.**

REV. 12/12/96

# BOND RECOMMENDATION SHEET

RAY ADDERLY
Defendant

$ Pretrial Detention is recommended.

EDWARD RYAN
ASSISTANT UNITED STATES ATTORNEY
500 EAST BROWARD BOULEVARD, 7TH FL
FORT LAUDERDALE, FLORIDA 33394
COURT BAR NO. A500053
TELEPHONE: (954) 356-7255 EXT. 3514
FACSIMILE: (954) 356-7228

Address of Defendant:

Agent: Todd Phillips, DEA