AO 442 (Rev. 12/85) Warrant for Arrest   AUSA EDWARD RYAN    SPECIAL AGENT TODD PHILLIPS (305) 590-4451

# United States District Court

SOUTHERN _____ DISTRICT OF _____ FLORIDA

UNITED STATES OF AMERICA

V.

RAY ADDERLY

## WARRANT FOR ARREST

CASE NUMBER: 00-6008-CR-ROETTGER

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ RAY ADDERLY _____
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense) Conspiracy to possess with Intent to Distribute Crack Cocaine, possession of firearm in furtherance of a drug trafficking crime and felon in possession of a firearm,

in violation of Title 21:18 United States Code, Section(s) 846; 841; 924(c); 922(g)(1)

FILED by SNOW JAN 13 2000 CLARENCE MADDOX CLERK U.S. MAG CT. FT. LAUD.

CLARENCE MADDOX
Name of Issuing Officer

_Jenny Butle_
Signature of Issuing Officer

Bail fixed at $ Pretrial Detention _requested_

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

January 13, 2000 Fort Lauderdale, Florida
Date and Location

_Lurana S. Snow_
by Lurana S. Snow, Chief United States Magistrate Judge
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |