COURT MINUTES
U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

DEFT: RAY ADDERLY (J)            CASE NO: 00-6008-CR-Roettger
AUSA: Ed Ryan *present*          ATTNY:
AGENT: DEA                       VIOL: ~~21:846; 841; 18:924(e); 922~~(1)
PROCEEDING: I/A on ~~Sealed~~ Indictment   BOND REC: ~~PTD~~
BOND HEARING HELD - yes/no       COUNSEL APPOINTED: PA - Anna Thorner
___ BOND SET @ _____

CO-SIGNATURES: _____

SPECIAL CONDITIONS: _____

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) ___ Halfway House
    ___ Electronic Monitoring

Case unsealed
Δ - advised of charges
Δ - sworn for counsel

FILED ___ D.C.
JAN 2 0 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: |
|---|---|---|---|
| INQUIRY RE COUNSEL: | | | |
| PTD/BOND HEARING: | 1-25-00 | 9:30 | BSS ✓ |
| PRELIM/ARRAIGN. OR REMOVAL: | 1-25-00 | 9:30 | BSS |
| STATUS CONFERENCE: | | | |

DATE: 1-20-00    TIME: Noon    TAPE # 00-004  PG # 7
2400-2817         5/DM