# COURT MINUTES
## U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

DEFT: Ray Adderly (J)#          CASE NO: 00-6008-CR-Roettger

AUSA: Ed Ryan *present*         ATTNY: CJA- Ana Jhones *present*

AGENT: ___                       VIOL: ___

PROCEEDING: Arraigment/PTD HEARING    BOND REC: ___

BOND HEARING HELD (yes)/no      COUNSEL APPOINTED: ___

BOND SET @ ___

CO-SIGNATURES: ___

SPECIAL CONDITIONS: ___

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: ___
11) Travel extended to: ___
12) ___ Halfway House ___
    ___ Electronic Monitoring ___

Gov't proceeds by proffer

Reading of indictment waived ✓
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

Todd Phillips Agent sworn (DEA)

PTD ordered

FILED by ___ D.C.
JAN 25 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

NEXT COURT APPEARANCE:  DATE:         TIME:        JUDGE:
INQUIRY RE COUNSEL: ___
PTD/BOND HEARING: ___
PRELIM/ARRAIGN. OR REMOVAL: ___
STATUS CONFERENCE: 2-9-00  11:00am  LSS

DATE: 1-25-00   TIME: 9:30am ends 11:40am   TAPE # 00-007/008  PG # 1690-3747

00-008 1-120