UNITED STATES OF AMERICA

vs

Ray Adderly



UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6008-CR-Roettger

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Barry S Seltzer on   1-25-00  , where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and court-appointed/retained counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date

DEFENDANT:            Address:       IN CUSTODY

                     Telephone:

DEFENSE COUNSEL:     Name:          Ana Jhones

                     Address:

                     Telephone:

BOND SET/CONTINUED:  $        PTD Ordered this date

Bond hearing held: yes  X   no____ Bond hearing set for_____

Dated this   25    day of   January  , 20 00 .

CLARENCE MADDOX
COURT ADMINISTRATOR/ CLERK

By: _____
Deputy Clerk

Tape No.  00 - 007/008

cc: Clerk for Judge
    U. S. Attorney