IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case Number: 00-6008-CR-Roettger

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

RAY ADDERLY,

    Defendant.
_____/

## DEFENDANT, RAY ADDERLY'S, APPEAL FROM MAGISTRATE'S PRETRIAL DETENTION ORDER AND REQUEST FOR ENLARGEMENT OF TIME TO FILE OBJECTIONS TO THE PRETRIAL DETENTION ORDER

COMES NOW the Defendant, Ray Adderly, by and though undersigned counsel, who appeals the Pretrial Detention Order entered by the Honorable Magistrate Barry Seltzer, after hearing, on January 25, 2000 and would request an enlargement of time in which to file his objections to the said Order. As grounds, the Defendant would show:

1. That counsel was appointed under the Criminal Justice Act to represent the Defendant, Ray Adderly, in the above-entitled matter.

2. That a Pretrial Detention Hearing was held on January 25, 2000 before the Honorable Magistrate Barry Seltzer, at which time the Magistrate entered his Pretrial



Detention Order.

3. That the Defendant desires to file an appeal of the said order to the District Judge.

4. There were factual findings made by the Magistrate in his written detention order, to which exceptions must be taken. That in order to properly file objections to the Pretrial Detention Order, a transcript of the Pretrial Detention Hearing of January 25, 2000 is needed, in order for counsel to review it and refer to it.

5. That additionally, the transcript will be needed in order for this Court to make a determination of the Defendant's appeal of the said Pretrial Detention Order.

6. That undersigned counsel has submitted a request for the transcript, on an expedited basis, so that the transcript can be delivered within 7 days from the date the reporter receives the order; a copy of the transcript order is attached hereto as Exhibit A.

7. That because the Defendant is indigent, an expedited transcript order must first be approved by the Court, prior to the transcript being prepared and filed by the reporter.

6. That as such, counsel would request an enlargement of time for the filing of her exceptions to the Pretrial Detention Order, until five (5) days after the transcript has been prepared and filed by the Court Reporter.

7. Undersigned counsel's office has spoken with Ed Ryan, Assistant US

Attorney, who states that he has no objection to this enlargement of time.

WHEREFORE, the Defendant appeals the Magistrate's Pretrial Detention Order dated January 26, 2000 and would respectfully request an enlargement of time in which to fully detail his exceptions to the Order, until five (5) days after the transcript of the Pretrial Detention Hearing has been filed with this Court.

I HEREBY CERTIFY that a copy of the foregoing was furnished, by mail, to Ed Ryan, Assistant US Attorney, 500 East Broward Blvd., Suite 700, Fort Lauderdale FL 33394-3002 this _____ day of January, 2000.

Respectfully submitted,

ANA M. JHONES
Attorney at Law
Bayside Plaza, Suite 625
330 Biscayne Boulevard
Miami, FL 33132
Telephone: (305) 374-4919 Dade
           (954) 537-5565 Broward
Fax        (305) 374-3414 Dade Fax
           (954) 568-1870 Broward Fax

BY: _____
Florida Bar #771170

| CJA 24 (REV. 10/89) | AUTHORIZATION AND VOUCHER FOR PAYMENT OF TRANSCRIPT | | VOUCHER NO. | |
|---|---|---|---|---|
| 1. JURISDICTION  1. ☐ MAGISTRATE  2. ☒ DISTRICT  3. ☐ APPEALS  4. ☐ OTHER | | 2. MAG. DOCKET NO. | PAID BY | |
| 3. DISTRICT DOCKETING NO. 00-6008-CR-Roettger | 4. APPEALS DOCKET NO. | 5. FOR (DISTRICT/CIRCUIT) SD FLA | ACCTG. CLASS. NOS. | |
| 6. IN THE CASE OF  United States  VS.  Ray Adderly | | | | |
| 7. PERSON REPRESENTED Ray Adderly | | 8. LOCATION/ORGANIZATION CODE FLSD | DATE PAID | |

9. PROCEEDINGS IN WHICH TRANSCRIPT IS TO BE USED (DESCRIBE BRIEFLY)
Appeal to District Judge of Magistrate's Pretrial Detention Order

10. PROCEEDINGS TO BE TRANSCRIBED (DESCRIBE SPECIFICALLY)
NOTE: Trial transcripts are not to include prosecution opening statement, defense opening statement, prosecution argument, defense argument, prosecution rebuttal, voir dire or jury instructions, unless specifically authorized by the Court (see Box 13C).

Pretrial Detention Hearing of January 25, 2000

11. ATTORNEY'S STATEMENT
As the attorney for the person represented who is named above, I hereby affirm that the transcript requested is necessary for adequate representation. I therefore request authorization to obtain the transcript services at the expense of the United States pursuant to the Criminal Justice Act.

SIGNATURE OF ATTORNEY    DATE 1/27/00
ATTORNEY'S TELEPHONE NO. 305-374-4919

1. ☐ FPD   2. ☐ CDO   3. ☒ PANEL ATTORNEY
4. ☐ RETAINED ATTORNEY   5. ☐ PRO SE

12. COURT ORDER
Financial inability of the person represented having been established to the Court's satisfaction, the authorization requested in item 11 is hereby granted.

SIGNATURE OF JUDGE OR MAGISTRATE
DATE

13. SPECIAL AUTHORIZATIONS | 14. JUDGE'S INITIALS
A. Apportion _____ % of transcript with _____ | 14. A.
B. ☐ Expedited   ☐ Daily   ☐ Hourly Transcript | 14. B.
C. ☐ Prosecution Opening Statement   ☐ Prosecution Argument   ☐ Prosecution Rebuttal
   ☐ Defense Opening Statement   ☐ Defense Argument   ☐ Voir Dire   ☐ Jury Instructions | 14. C.
D. ☐ In this multi-defendant case, commercial duplication of transcripts will impede the delivery of accelerated transcript services to persons proceeding under the Criminal Justice Act. | 14. D.

**CLAIM FOR SERVICES**

15. COURT REPORTER/TRANSCRIBER STATUS
☐ Official   ☐ Contract   ☐ Transcriber   ☐ Other

18. PAYEE'S ADDRESS (INCLUDE CITY, STATE AND ZIP CODE)

16. FULL NAME OF PAYEE
Besoner and Associates

17. SOCIAL SECURITY OR EMPLOYER ID. NO. OF PAYEE

19. TELEPHONE NO.
AREA CODE ( ) NUMBER

| 20. TRANSCRIPT | INCLUDE PG. NOS. | NO. OF PAGES | RATE PER PAGE | SUB-TOTAL | DED. AMT. APPORTIONED | TOTAL |
|---|---|---|---|---|---|---|
| A. Original | | | $ | $ | $ | $ |
| B. Copy | | | $ | $ | $ | $ |
| C. Expenses (Itemize): | | | | | | $ |

21. CLAIMANT'S CERTIFICATION
I hereby certify that the above claim is correct and that I have not claimed or received payment from any other source for the services rendered and claimed on this voucher.

22. CERTIFICATION OF ATTORNEY OR CLERK
I hereby certify that the transcript was received.

23. TOTAL CLAIMED $

CLAIMANT'S CERTIFICATION    DATE    SIGNATURE OF ATTORNEY/CLERK OF CO

EXHIBIT A

24. APPROVED FOR PAYMENT

FROM : STEPHEN J. FINTA    PHONE NO. : 954-566-6870    Jan. 28 2000 09:41AM P2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

TO:    COURT REPORTER PROGRAM SUPERVISOR

**ORDER FOR TRANSCRIPT FROM MAGISTRATE TAPE RECORDING**

Requestor: Ana M. Jhones           Phone: 305-374-4919

Date Requested: January 27, 00

Date Required: Expedited transcript-as quickly as possible

Magistrate Judge: Barry Seltzer

Date of Hearing: January 25, 00

Type of Proceeding: Arraignment/Pretrial Detention

Case Number: 00-6008-CR-Roettger

Case Style: USA v. Ray Adderly

Defendant: Ray Adderly

Tape Number: 00-007 (1690-3747) and 00-008 (1-120)
(Can be obtained from the Docket Sheet)

Special Information: _____

**Indicate transcript rate desired:**

ORDINARY ____ $3.00/pg   A transcript to be delivered within thirty (30) calendar days after receipt of an order.

EXPEDITED  X  $4.00/pg   A transcript to be delivered within seven (7) calendar days after receipt of an order.

DAILY    ____ $5.00/pg   A transcript to be delivered following adjournment and prior to the normal opening hour of the court on the following morning whether or not actually be a court day.

================================================================

**COURT REPORTER'S OFFICE USE ONLY**
Received from U.S. District Court original tapes as indicated above.

Contractor
Date: _____

clrpt-apdx2.frm