HONORABLE MAGISTRATE JUDGE LURANA S. SNOW

STATUS CONFERENCE

(USM do not bring defendants for status hearing)

DEFT __RAY ADDERLY_____ CASE NO: __00-6008-CR-ROETTGER__

AUSA __ED RYAN_____ ATTY __ANA JHONES_____

*disc out - ready for trial*
*motions due March 3*

DEFT_____ CASE NO: __recall_____

AUSA_____ ATTY_____


DEFT_____ CASE NO:_____

AUSA_____ ATTY_____


DEFT_____ CASE NO:_____

AUSA_____ ATTY_____


DEFT_____ CASE NO:_____

AUSA_____ ATTY_____


DEFT_____ CASE NO:_____

AUSA_____ ATTY_____


DATE __2-9-00_____ TIME __11:00_____