```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
                       FORT LAUDERDALE DIVISION
```

FILED by \_\_\_ D.C.
CT. REP.
FEB 1 4 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

| | |
|---|---|
| UNITED STATES OF AMERICA, | No: 00-6008-CR-ROETTGER |
| Plaintiff, | Fort Lauderdale, Florida<br>January 25, 2000 |
| v. | |
| RAY ADDERLY, | |
| Defendants. | |
| _____/ | |

TRANSCRIPT OF ARRAIGNMENT AND PRETRIAL DETENTION HEARING
BEFORE THE HONORABLE BARRY S. SELTZER
UNITED STATES MAGISTRATE JUDGE

APPEARANCES:

For the Plaintiff:   EDWARD RYAN,
                     Asst. U. S. Attorney

For the Defendant:   ANA JHONES, ESQ.

Transcriber:         L. Leonard

*42 pages*

ACCURATE REPORTING SERVICES, INC.

## NOT

## SCANNED

PLEASE REFER TO COURT FILE