UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6008-CR-ROETTGER

UNITED STATES OF AMERICA,         :

       Plaintiff,                :

v.                                :

RAY APPERLY

       Defendant.                :
_____

**STATUS REPORT**

    A status conference was held in this cause on February 9, 2000. At that conference, the parties informed the Court as follows:

    1. Discovery has been provided, and there is a pending appeal of the Pretrial Detention Order.

    2. Counsel for the defendant shall have until March 3, 2000, within which to file pretrial motions.

    DATED at Fort Lauderdale, Florida, this 11th day of February, 2000.

                                    LURANA S. SNOW
                                    CHIEF UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA Edward Ryan (FTL)
Ana Jhones, Esq.