ERR:hkp

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No.   00-6008-CR-ROETTGER/Snow

UNITED STATES OF AMERICA,                :
                                         :
vs.                                      :
                                         :
RAY ADDERLY.                             :
_____      :

## GOVERNMENT'S FIRST SUPPLEMENTAL DISCOVERY RESPONSE

The United States of America, by and through its undersigned Assistant United States Attorney, hereby files this Supplemental Discovery Response pursuant to the Standing Discovery Response issued in this case.

C., D., E.  Attached, please find copies of the plea agreements, informations and NADDIS print-outs for Brian Smith and Demetrius Lightfoot.  One or both of these individuals may be witnesses for the government in the above captioned case.

                        Respectfully submitted,

                        THOMAS E. SCOTT
                        UNITED STATES ATTORNEY

                  By:   _____
                        EDWARD R. RYAN (Court Bar #A500053)
                        ASSISTANT U.S. ATTORNEY
                        500 E. Broward Boulevard, Suite 700
                        Fort Lauderdale, Florida 33394
                        Telephone: (954) 356-7255x3514
                        Facsimilie: (954) 3456-7228
                        E-Mail Address:
                        (Edward.Ryan@justice.usdoj.gov)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been mailed this 15 day of February 2000, to: Anna Maria Jhones, Esquire, 330 Biscayne Blvd, Suite 625, Miami, Florida 33132-2243.

```
_____
EDWARD RYAN
ASSISTANT UNITED STATES ATTORNEY
```