

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-06008-CR-ROETTGER

UNITED STATES OF AMERICA

v

RAY ADDERLY

NOTICE

_____/

TAKE NOTICE That a proceeding in this case has been set for <u>MONDAY MARCH 20, 2000 at 10:00 A.M.</u> at the U.S. District Courthouse, 299 East Broward Blvd. Courtroom 205-B, Ft. Lauderdale, Florida.

---

TYPE OF PROCEEDING:

CALENDAR CALL. NUMBER THREE CASE ON DOCKET. JURY SELECTION WILL BEGINNING MONDAY AT 1:30 P.M. COUNSEL TO NOTIFY THE COURT IF THE DEFENDANT IS TO ENTER A PLEA.

---

CLARENCE MADDOX, CLERK

DATED: 2/28/00

BY: _P. Hart_____
Deputy Clerk