IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case Number: 00-6008-CR-ROETTGER

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

RAY ADDERLY,

    Defendant,
_____/

### DEFENDANT, RAY ADDERLY'S, UNOPPOSED MOTION FOR TRIAL CONTINUANCE

COMES NOW Ana M. Jhones, as counsel to the Defendant, Ray Adderly, who moves this Honorable Court for a continuance of the trial of this case and as grounds therefore, would state as follows:

1. That this case has been scheduled by this Court for the trial docket commencing on March 20, 2000.

2. That unfortunately, this matter is not yet ready for trial. Firstly, last week undersigned counsel was able to meet with the Government in order to view the evidence in this case. After conferring with counsel for the Government it was determined that there is still additional discovery that is to be provided. That as an example of what discovery is yet to be obtained is certain cell phone records of the confidential informant in this matter. The Pre-Sentence Investigation Report of all Giglio/Napue witnesses, physical evidence such as

photographs of the drugs and weapon seized in this matter and possible other physical evidence. That in addition, a meeting to view the narcotics in this case is yet to be scheduled.

3. That this Defendant may have a mental health issue. That at this time it is not possible to determine this. Counsel to the Defendant is working diligently to investigate this matter further so that a final determination may be made.

4. That in spite of this case being the first federal case in which the Defendant has been charged, the Defendant in this case may be facing a substantial amount of incarceration given the existence of a past State criminal record. This record, too, is being investigated.

5. That undersigned counsel has spoken to Mr. Ryan, the Assistant United States Attorney in this matter who has indicated that he does not oppose this request for a continuance.

WHEREFORE, the Defendant, Ray Adderly, for the reasons stated above, most respectfully would request that this Honorable Court enter an Order granting his request for a continuance of trial presently scheduled to commence on Monday, March 20, 2000. A continuance of at least 60 days is being requested.

I HEREBY CERTIFY that a copy of the foregoing was furnished, by mail, to Edward Ryan, Assistant US Attorney, 500 East Broward Blvd, 7th Floor, Ft. Lauderdale, Florida, 33394, and to the Defendant, Ray Adderly, REG #55151-004, FDC Miami, PO Box 019120, Miami, Florida, 33101-9120, this _8th_ day of March, 2000.

Respectfully submitted,

ANA M. JHONES
Attorney at Law
Bayside Plaza, Suite 625
330 Biscayne Boulevard
Miami, FL 33132
Telephone: (305) 374-4919 Dade
           (954) 537-5565 Broward
Fax      : (305) 374-3414 Dade Fax
           (954) 568-1870 Broward Fax

BY: _____
    FOR: Ana M. Jhones
    Florida Bar #771170

Page 3