HONORABLE NORMAN C. ROETTGER
United States District Court
Southern District of Florida

## COURT MINUTES

Case No.: 00-6008-CR-UCR    Date: 3/30/00
Courtroom Clerk: T. Hart    Court Reporter: Byrne
Probation Officer: _____    Interpreter: _____

Plaintiff(s): U.S.A.    Counsel: Bijan

Defendant(s): B. Macciy (J)    Counsel: A. Thomas

Reason For Hearing: Calendar Call

Result of Hearing/Judgment: Mot to continue granted.

