IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case Number: 00-6008-CR-ROETTGER

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

RAY ADDERLY,

    Defendant,
_____/

NIGHT BOX
FILED
JUL 28 2000
CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

## DEFENDANT, RAY ADDERLY'S, REQUEST FOR ORDER REGARDING MENTAL EVALUATION

COMES NOW the Defendant, Ray Adderly, by and through his undersigned counsel, who would most respectfully request that this Honorable Court issue an Order concerning a motion and memorandum that were filed at an earlier time, requesting a mental evaluation of the Defendant, Ray Adderly, and as grounds therefor would show:

1. That on May 30, 2000, undersigned counsel filed with the Court, as requested, a motion and memorandum pertaining to the need to have Mr. Adderly evaluated, together with a Proposed Order on the said motion.

2. That the motion for an evaluation was prepared and filed in an abundance of caution and for the sake of assuring the soundness of a possible change of plea in this case.

3. That as of the date of the filing of this Motion, an Order has not issued on the said motion, to direct the Federal Detention Center and/or the Bureau of Prisons to conduct a mental



evaluation of the Defendant.

4. That the Defendant, most respectfully, would request that the Court issue an appropriate order, either in the form of the proposed order previously submitted by counsel, or in such other form as the Court deems appropriate, concerning the request for a mental evaluation.

WHEREFORE, the Defendant, Ray Adderly, most respectfully requests that this relief issue instanter.

I HEREBY CERTIFY that a copy of the foregoing was furnished, by mail, to Edward Ryan, Assistant US Attorney, 500 East Broward Boulevard, 7th Floor, Fort Lauderdale FL 33394 and to the Defendant, Ray Adderly, Reg. #55151-004, FDC Miami, PO Box 019120, Miami FL 33101-9120 this _____ day of July, 2000.

                    Respectfully submitted,

                    ANA M. JHONES
                    Attorney at Law
                    Bayside Plaza, Suite 625
                    330 Biscayne Boulevard
                    Miami, FL 33132
                    Telephone: (305) 374-4919 Dade
                            (954) 537-5565 Broward
                    Fax    (305) 374-3414 Dade Fax
                           (954) 568-1870 Broward Fax

                    BY: _____
                    -Florida Bar #771170