|  |  |
|---|---|
| UNITED STATES OF AMERICA, | UNITED STATES DISTRICT COURT<br>**SOUTHERN DISTRICT OF FLORIDA** |
| Plaintiff, | Case No.: 00-6008-CR-ROETTGER |
| v. | |
| RAY ADDERLY, | **ORDER ON MENTAL EVALUATION** |
| Defendant. _____/ | |

**THIS CAUSE** is before the Court on the motion of Defendant for a mental evaluation, to which the Government has no objection. Defendant is currently awaiting trial, or an opportunity to change his plea. Upon consideration of this request, it is

**ORDERED AND ADJUDGED** that Defendant's motion for a mental evaluation is **GRANTED**. The Federal Detention Center and/or the Bureau of Prisons are directed to evaluate, or otherwise facilitate an evaluation, of Defendant's mental condition.

**DONE AND ORDERED** this __24__ day of __Aug__, 2000.

_____
NORMAN C. ROETTGER
**UNITED STATES DISTRICT COURT JUDGE**


cc: counsel of record