IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case Number: 00-6008-CR-ROETTGER

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

RAY ADDERLY,

    Defendant,
_____/



## NOTICE OF POTENTIAL CONFLICT

COMES NOW Ana M. Jhones, as counsel to the Defendant, who most respectfully, hereby files this Notice of Potential Conflict. The notice is as follows:

1. That while this matter, has not, as of yet, been set for trial[1] undersigned counsel is herein notifying this Honorable Court of her upcoming schedule so as to avoid any scheduling conflicts.

2. That on February 8th, 2001, undersigned counsel has a calendar call in the case of United States v. Elizabeth Maxime, Case No.:00-6175-CR-Zloch. The trial on this matter is scheduled to begin on the two-week trial docket of February 13th, 2001. A continuance of the trial is not expected.

3. That in addition, counsel has been called to an immigration matter on February 8th, 2001, which has been pending since 1997 and as such, must attend this hearing which involves the

---

[1] There is a motion pending for investigative costs, said motion has been pending for over 1 year. Additionally, there was a mental evaluation that was ordered and which has been completed.

1

adjustment of status of a particular severely handicapped defendant and whose case is extremely complicated and therefore, cannot be delegated to another attorney.

4. That in addition, undersigned counsel is currently specially set for a hearing on all final motions in the case of United States v. Rene Benitez, et al, Case No.: 82-292-CR-GONZALEZ for February 23rd, 2001. On February 26th, 2001, the co-defendant's trial on this matter is to begin and immediately proceeding this trial, the case of Rene Benitez, shall go forward. Both of these trials have been specially set.

5. That in addition, counsel has been called to another immigration matter on March 5th, 2001, involving a citizenship case that because of its history also cannot be delegated to another attorney.

6. That in addition, on March 5th, 2001, undersigned counsel is scheduled for a two week trial docket in the case of The State of Florida v. Johnny Brown, Case No. F-00-25444, a state matter pending in the 11th Judicial Circuit in Miami-Dade, County.

WHEREFORE, Ana M. Jhones, most respectfully submits her notice of potential conflicts to this Honorable Court.

I HEREBY CERTIFY that a copy of the foregoing was furnished, by mail, to Edward Ryan, Assistant US Attorney, 500 East Broward Blvd, 7th Floor, Ft. Lauderdale, Florida, 33394, and to the defendant, Ray Adderly, REG #55151-004, FDC Miami, PO Box 019120, Miami, Florida, 33101-9120, this _____ day of February, 2001.

Respectfully submitted,

ANA M. JHONES
Attorney at Law
Bayside Plaza, Suite 625

2

330 Biscayne Boulevard
Miami, FL 33132
Telephone: (305) 374-4919 Dade
        (954) 537-5565 Broward
Fax     (305) 374-3414 Dade Fax
        (954) 568-1870 Broward Fax

BY: _____
   Florida Bar #771170

3