IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case Number: 00-6008-CR-ROETTGER

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

RAY ADDERLY,

    Defendant.

_____/

### DEFENDANT'S NOTICE OF CORRECTION
### OF DATE OF FILING OF PENDING MOTION

COMES NOW Ana M. Jhones, as counsel to the Defendant, who most respectfully, hereby files this Notice of Clarification of Date of Filing of Pending Motion. The Clarification is as follows:

1. That on February 1, 2001 undersigned counsel filed a Notice of Potential Conflict. In that Notice undersigned counsel made reference to a motion for investigative costs that has been pending. This reference was made in a footnote contained in the motion. The footnote stated the Motion for Investigative Costs had been "pending for over one year". The actual time that the motion has been pending is 11 months.

WHEREFORE, Ana M. Jhones, most respectfully files this notice of correction.

I HEREBY CERTIFY that a copy of the foregoing was furnished, by mail, to Edward Ryan, Assistant US Attorney, 500 East Broward Blvd, 7th Floor, Ft. Lauderdale, Florida, 33394, and to the

1



defendant, Ray Adderly, REG #55151-004, FDC Miami, PO Box 019120, Miami, Florida, 33101-9120, this _____ day of February, 2001.

        Respectfully submitted,

        ANA M. JHONES
        Attorney at Law
        Bayside Plaza
        Suite 625
        330 Biscayne Boulevard
        Miami, FL 33132
        Telephone: (305) 374-4919 Dade
                (954) 537-5565 Broward
        Fax    : (305) 374-3414 Dade Fax
               (954) 568-1870 Broward Fax

By: _____
        Florida Bar #771170

2