UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6008-CR-ROETTGER

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

RAY ADDERLY,

        Defendant.

_____/

# DEFENDANT RAY ADDERLY'S SUPPLEMENT
# TO MOTION FOR INVESTIGATIVE COSTS

COMES NOW the Defendant, RAY ADDERLY, by and through his undersigned counsel, and hereby files pursuant the Criminal Justice Act Title 18 U.S.C. 3006A this Supplement to His Original Motion for Investigative Costs:

1) That the Defendant, Ray Adderly, herein incorporates the allegations 1 through 3 of the his original *Motion for Investigative Costs* filed on March 2000.

2) That in the original motion Mr. Adderly, by and through counsel, was seeking the assistance of investigator, John Faulds. However, Mr. Faulds has since moved out of the State and is no longer available to assist with this matter. That in lieu of Mr. Faulds, the assistance of Lisa McDermott, with McDermott Investigations is herein being requested. Undersigned counsel has worked with Ms. McDermott in the past and Ms. McDermott is



aware of that the hourly rate of pay is $ 40.00.

3) That in addition, Mr. Adderly shall be entering into a change of plea in this matter and thus, the funds requested shall be utilized for sentencing purposes primarily. Thus, he is seeking to have this Court bifurcate the funds requested into two categories: Investigative funds and funds for transcripts. That the total amount of investigative funds is not to exceed $ 600.00 and the total amount of transcripts is not to exceed $ 400.00.[1]

4) That attached for the Court's review are the following vouchers:

    A) CJA 21 (Investigative fees) for Investigator McDermott

    B) (7) CJA 24's (transcript order form) for State court proceedings[2]

5) That Mr. Adderly *may* be characterized as a Career Offender under Section 4B1.1 of the United States Sentencing Guidelines. That the original motion for costs as well as this Supplement to the original motion shall serve to assist him with defending against the possible allegation that his criminal history qualifies him as a career offender.

6) That in the original motion for Investigative costs Mr. Adderly was seeking a total cap of $ 1,500.00 However, given the fact that he shall be entering into a guilty plea, it is

---

[1] That the transcripts that are being sought pertain to State criminal proceedings. None of the proceedings involved a trial. The transcripts shall be for plea colloquy's or other miscellaneous proceedings. Thus, the per transcript charge, it is expected, shall be under $ 100.00 per transcript.

[2] That seven (7) separate CJA 24's are attached hereto. Mr. Adderly has seven prior state criminal felonies. Research will be necessary in order to ascertain who the court reporter was that was present during each of the plea colloquy's in each case. Thus, for purposes of identifying the seven cases, the Case Number from each case has been listed in each voucher.

believed that a total cap of $ 1,000.00 should be sufficient cover the anticipated expenses.

WHEREFORE, the Defendant, RAY ADDERLY, most respectfully requests that this Honorable Court enter an Order granting his request for costs *not to exceed* a total of $ 1,000.00 and that said Order reflect a cap of $ 600.00 towards investigative fees and a total of $ 400.00 towards transcripts.

I HEREBY CERTIFY that a copy of the foregoing was furnished, by mail, to Edward Ryan, Assistant US Attorney, 500 East Broward Boulevard, 7th Floor, Fort Lauderdale FL 33301 and to RAY ADDERLY, REG#55151-004, FDC Miami, PO Box 019120, Miami, FL 33101-9120 this _____ day of June, 2001.

Respectfully submitted,

ANA M. JHONES
Attorney at Law
Bayside Plaza, Suite 625
330 Biscayne Boulevard
Miami, FL 33132
Telephone: (305) 374-4919 Dade
             (954) 537-5565 Broward
Fax      : (305) 374-3414 Dade Fax
             (954) 568-1870 Broward Fax

BY: _____
Florida Bar #771170

Page 3

# CJA 24 AUTHORIZATION AND VOUCHER FOR PAYMENT OF TRANSCRIPT (5-99)

| 1. CIR./DIST./DIV. CODE | 2. PERSON REPRESENTED | | 3. VOUCHER NUMBER |
|---|---|---|---|
| | RAY ADDERLY | | |

| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER 00-6008-CR-ROETTGER | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER |
|---|---|---|---|

| 7. IN CASE/MATTER OF (Case Name) | 8. PAYMENT CATEGORY | 9. TYPE PERSON REPRESENTED | 10. REPRESENTATION TYPE (See Instructions) |
|---|---|---|---|
| USA vs. RAY ADDERLY | [X] Felony  [ ] Petty Offense<br>[ ] Misdemeanor  [ ] Other<br>[ ] Appeal | [X] Adult Defendant  [ ] Appellant<br>[ ] Juvenile Defendant  [ ] Appellee<br>[ ] Other: | |

11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) If more than one offense, list (up to five) major offenses charged, according to severity of offense.

## REQUEST AND AUTHORIZATION FOR TRANSCRIPT

12. PROCEEDING IN WHICH TRANSCRIPT IS TO BE USED (Describe briefly)

SENTENCING – RE: Criminal History Category

13. PROCEEDING TO BE TRANSCRIBED (Describe specifically) NOTE: The trial transcripts are not to include prosecution opening statement, defense opening statement, prosecution argument, defense argument, prosecution rebuttal, voir dire or jury instructions, unless specifically authorized by the Court (see Item 14)

Plea colloquy of State criminal proceedings

14. SPECIAL AUTHORIZATIONS — JUDGE'S INITIALS

A. Apportioned Cost _____ % of transcript with (Give case name and defendant)

B. [ ] Expedited  [ ] Daily  [ ] Hourly Transcript  [X] Realtime Unedited Transcript  Case Number 99017723CF10A

C. [ ] Prosecution Opening Statement  [ ] Prosecution Argument  [ ] Prosecution Rebuttal
   [ ] Defense Opening Statement  [ ] Defense Argument  [ ] Voir Dire  [ ] Jury Instructions

D. In this multi-defendant case, commercial duplication of transcripts will impede the delivery of accelerated transcript services to persons proceeding under the Criminal Justice Act.

### 15. ATTORNEY'S STATEMENT

As the attorney for the person represented who is named above, I hereby affirm that the transcript requested is necessary for adequate representation. I, therefore, request authorization to obtain the transcript services at the expense of the United States pursuant to the Criminal Justice Act.

Signature of Attorney    Date: 6-19-01

Printed Name: Ana M. Jhones, Esq.
Telephone Number: (305) 374-4919

[X] Panel Attorney  [ ] Retained Attorney  [ ] Pro-Se  [ ] Legal Organization

### 16. COURT ORDER

Financial eligibility of the person represented having been established to the Court's satisfaction, the authorization requested in Item 15 is hereby granted.

Signature of Presiding Judicial Officer or By Order of the Court

Date of Order _____  Nunc Pro Tunc Date _____

## CLAIM FOR SERVICES

17. COURT REPORTER/TRANSCRIBER STATUS
[ ] Official  [ ] Contract  [ ] Transcriber  [ ] Other

18. PAYEE'S NAME AND MAILING ADDRESS

19. SOCIAL SECURITY NUMBER OR EMPLOYER ID NUMBER OF PAYEE

Telephone Number: _____

| 20. TRANSCRIPT | INCLUDE PAGE NUMBERS | NO. OF PAGES | RATE PER PAGE | SUB-TOTAL | LESS AMOUNT APPORTIONED | TOTAL |
|---|---|---|---|---|---|---|
| Original | | | | | | |
| Copy | | | | | | |
| Expenses (Itemize) | | | | | | |
| | | | | **TOTAL AMOUNT CLAIMED:** | | |

### 21. CLAIMANT'S CERTIFICATION OF SERVICE PROVIDED

I hereby certify that the above claim is for services rendered and is correct, and that I have not sought or received payment (compensation or anything of value) from any other source for these services.

Signature of Claimant/Payee _____  Date _____

## ATTORNEY CERTIFICATION

22. CERTIFICATION OF ATTORNEY OR CLERK: I hereby certify that the services were rendered and that the transcript was received.

Signature of Attorney or Clerk _____  Date _____

## APPROVED FOR PAYMENT – COURT USE ONLY

| 23. APPROVED FOR PAYMENT | 24. AMOUNT APPROVED |
|---|---|
| Signature of Judicial Officer or Clerk of Court _____ Date _____ | |

# CJA-24 — AUTHORIZATION AND VOUCHER FOR PAYMENT OF TRANSCRIPT (5-99)

| 1. CIR./DIST./ DIV. CODE | 2. PERSON REPRESENTED RAY ADDERLY | | | VOUCHER NUMBER | |
|---|---|---|---|---|---|
| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER 00-6008-CR-ROETTGER | 5. APPEALS DKT./DEF. NUMBER | | 6. OTHER DKT. NUMBER | |
| 7. IN CASE/MATTER OF (Case Name) USA vs. RAY ADDERLY | 8. PAYMENT CATEGORY ☒ Felony ☐ Petty Offense ☐ Misdemeanor ☐ Other ☐ Appeal | 9. TYPE PERSON REPRESENTED ☒ Adult Defendant ☐ Appellant ☐ Juvenile Defendant ☐ Appellee ☐ Other: | | 10. REPRESENTATION TYPE (See Instructions) | |

**11. OFFENSE(S) CHARGED** (Cite U.S. Code, Title & Section) If more than one offense, list (up to five) major offenses charged, according to severity of offense.

## REQUEST AND AUTHORIZATION FOR TRANSCRIPT

**12. PROCEEDING IN WHICH TRANSCRIPT IS TO BE USED** (Describe briefly)

SENTENCING - RE: Criminal History Category

**13. PROCEEDING TO BE TRANSCRIBED** (Describe specifically) NOTE: The trial transcripts are not to include prosecution opening statement, defense opening statement, prosecution argument, defense argument, prosecution rebuttal, voir dire or jury instructions, unless specifically authorized by the Court (see Item 14).

Plea colloquy of State criminal proceedings

**14. SPECIAL AUTHORIZATIONS** — JUDGE'S INITIALS

A. Apportioned Cost ____ % of transcript with (Give case name and defendants)

B. ☐ Expedited  ☐ Daily  ☐ Hourly Transcript  ☒ Realtime Unedited Transcript  Case Number 96021568CF10A

C. ☐ Prosecution Opening Statement  ☐ Prosecution Argument  ☐ Prosecution Rebuttal
   ☐ Defense Opening Statement  ☐ Defense Argument  ☐ Voir Dire  ☐ Jury Instructions

D. In this multi-defendant case, commercial duplication of transcripts will impede the delivery of accelerated transcript services to persons proceeding under the Criminal Justice Act.

**15. ATTORNEY'S STATEMENT**

As the attorney for the person represented who is named above, I hereby affirm that the transcript requested is necessary for adequate representation. I, therefore, request authorization to obtain the transcript services at the expense of the United States pursuant to the Criminal Justice Act.

Signature of Attorney    Date: 6-19-01

Printed Name: Ana M. Jhones, Esq.
Telephone Number: (305) 374-4919
☒ Panel Attorney  ☐ Retained Attorney  ☐ Pro-Se  ☐ Legal Organization

**16. COURT ORDER**

Financial eligibility of the person represented having been established to the Court's satisfaction, the authorization requested in Item 15 is hereby granted.

Signature of Presiding Judicial Officer or By Order of the Court

Date of Order    Nunc Pro Tunc Date

## CLAIM FOR SERVICES

**17. COURT REPORTER/TRANSCRIBER STATUS**
☐ Official  ☐ Contract  ☐ Transcriber  ☐ Other

**18. PAYEE'S NAME AND MAILING ADDRESS**

**19. SOCIAL SECURITY NUMBER OR EMPLOYER ID NUMBER OF PAYEE**

Telephone Number:

| 20. TRANSCRIPT | INCLUDE PAGE NUMBERS | NO. OF PAGES | RATE PER PAGE | SUB-TOTAL | LESS AMOUNT APPORTIONED | TOTAL |
|---|---|---|---|---|---|---|
| Original | | | | | | |
| Copy | | | | | | |
| Expenses (Itemize) | | | | | | |
| | | | | **TOTAL AMOUNT CLAIMED:** | | |

**21. CLAIMANT'S CERTIFICATION OF SERVICE PROVIDED**
I hereby certify that the above claim is for services rendered and is correct, and that I have not sought or received payment (compensation or anything of value) from any other source for these services.

Signature of Claimant/Payee ____    Date ____

## ATTORNEY CERTIFICATION

**22. CERTIFICATION OF ATTORNEY OR CLERK** I hereby certify that the services were rendered and that the transcript was received.

Signature of Attorney or Clerk    Date

## APPROVED FOR PAYMENT – COURT USE ONLY

**23. APPROVED FOR PAYMENT**    **24. AMOUNT APPROVED**

Signature of Judicial Officer or Clerk of Court    Date

| 1. CIR./DIST./DIV. CODE | 2. PERSON REPRESENTED | | VOUCHER NUMBER |
|---|---|---|---|
| | RAY ADDERLY | | |

| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER 00-6008-CR-ROETTGER | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER |
|---|---|---|---|

| 7. IN CASE/MATTER OF (Case Name) | 8. PAYMENT CATEGORY | 9. TYPE PERSON REPRESENTED | 10. REPRESENTATION TYPE (See Instructions) |
|---|---|---|---|
| USA vs. RAY ADDERLY | ☒ Felony ☐ Petty Offense<br>☐ Misdemeanor ☐ Other<br>☐ Appeal | ☒ Adult Defendant ☐ Appellant<br>☐ Juvenile Defendant ☐ Appellee<br>☐ Other: | |

11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) If more than one offense, list (up to five) major offenses charged, according to severity of offense

### REQUEST AND AUTHORIZATION FOR TRANSCRIPT

12. PROCEEDING IN WHICH TRANSCRIPT IS TO BE USED (Describe briefly)

SENTENCING - RE: Criminal History Category

13. PROCEEDING TO BE TRANSCRIBED (Describe specifically) NOTE: The trial transcripts are not to include prosecution opening statement, defense opening statement, prosecution argument, defense argument, prosecution rebuttal, voir dire or jury instructions, unless specifically authorized by the Court (see Item 14).

Plea colloquy of State criminal proceedings

14. SPECIAL AUTHORIZATIONS — JUDGE'S INITIALS

A. Apportioned Cost _____ % of transcript with (Give case name and defendant)

B. ☐ Expedited ☐ Daily ☐ Hourly Transcript ☒ Realtime Unedited Transcript Case Number 95005701CF10A

C. ☐ Prosecution Opening Statement ☐ Prosecution Argument ☐ Prosecution Rebuttal
☐ Defense Opening Statement ☐ Defense Argument ☐ Voir Dire ☐ Jury Instructions

D. In this multi-defendant case, commercial duplication of transcripts will impede the delivery of accelerated transcript services to persons proceeding under the Criminal Justice Act.

**15. ATTORNEY'S STATEMENT**

As the attorney for the person represented who is named above, I hereby affirm that the transcript requested is necessary for adequate representation. I, therefore, request authorization to obtain the transcript services at the expense of the United States pursuant to the Criminal Justice Act.

Signature of Attorney     Date 6-19-01

Ana M. Jhones, Esq.
Printed Name
Telephone Number: (305) 374-4919
☒ Panel Attorney ☐ Retained Attorney ☐ Pro-Se ☐ Legal Organization

**16. COURT ORDER**

Financial eligibility of the person represented having been established to the Court's satisfaction, the authorization requested in Item 15 is hereby granted.

Signature of Presiding Judicial Officer or By Order of the Court

Date of Order     Nunc Pro Tunc Date

### CLAIM FOR SERVICES

| 17. COURT REPORTER/TRANSCRIBER STATUS | 18. PAYEE'S NAME AND MAILING ADDRESS |
|---|---|
| ☐ Official ☐ Contract ☐ Transcriber ☐ Other | |

19. SOCIAL SECURITY NUMBER OR EMPLOYER ID NUMBER OF PAYEE

Telephone Number: _____

| 20. TRANSCRIPT | INCLUDE PAGE NUMBERS | NO. OF PAGES | RATE PER PAGE | SUB-TOTAL | LESS AMOUNT APPORTIONED | TOTAL |
|---|---|---|---|---|---|---|
| Original | | | | | | |
| Copy | | | | | | |
| Expenses (Itemize) | | | | | | |
| | | | | TOTAL AMOUNT CLAIMED: | | |

21. CLAIMAINT'S CERTIFICATION OF SERVICE PROVIDED
I hereby certify that the above claim is for services rendered and is correct, and that I have not sought or received payment (compensation or anything of value) from any other source for these services.

Signature of Claimant/Payee _____     Date _____

### ATTORNEY CERTIFICATION

22. CERTIFICATION OF ATTORNEY OR CLERK  I hereby certify that the services were rendered and that the transcript was received.

Signature of Attorney or Clerk     Date

### APPROVED FOR PAYMENT – COURT USE ONLY

| 23. APPROVED FOR PAYMENT | 24. AMOUNT APPROVED |
|---|---|
| Signature of Judicial Officer or Clerk of Court     Date | |

# CJA-24 AUTHORIZATION AND VOUCHER FOR PAYMENT OF TRANSCRIPT (5-89)

| 1. CIR./DIST./DIV. CODE | 2. PERSON REPRESENTED | VOUCHER NUMBER |
|---|---|---|
| | RAY ADDERLY | |

| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER 00-6008-CR-ROETTGER | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER |
|---|---|---|---|

| 7. IN CASE/MATTER OF (Case Name) | 8. PAYMENT CATEGORY | 9. TYPE PERSON REPRESENTED | 10. REPRESENTATION TYPE (See Instructions) |
|---|---|---|---|
| USA vs. RAY ADDERLY | [X] Felony  [ ] Petty Offense<br>[ ] Misdemeanor  [ ] Other<br>[ ] Appeal | [X] Adult Defendant  [ ] Appellant<br>[ ] Juvenile Defendant  [ ] Appellee<br>[ ] Other: | |

11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) *If more than one offense, list (up to five) major offenses charged, according to severity of offense*

## REQUEST AND AUTHORIZATION FOR TRANSCRIPT

12. PROCEEDING IN WHICH TRANSCRIPT IS TO BE USED *(Describe briefly)*

SENTENCING - RE: Criminal History Category

13. PROCEEDING TO BE TRANSCRIBED *(Describe specifically). NOTE: The trial transcripts are not to include prosecution opening statement, defense opening statement, prosecution argument, defense argument, prosecution rebuttal, voir dire or jury instructions, unless specifically authorized by the Court (see Item 14).*

Plea colloquy of State criminal proceedings

14. SPECIAL AUTHORIZATIONS — JUDGE'S INITIALS

A. Apportioned Cost _____ % of transcript with *(Give case name and defendant)*

B. [ ] Expedited  [ ] Daily  [ ] Hourly Transcript  [X] Realtime Unedited Transcript  Case Number 92021327CF10A

C. [ ] Prosecution Opening Statement  [ ] Prosecution Argument  [ ] Prosecution Rebuttal
   [ ] Defense Opening Statement  [ ] Defense Argument  [ ] Voir Dire  [ ] Jury Instructions

D. In this multi-defendant case, commercial duplication of transcripts will impede the delivery of accelerated transcript services to persons proceeding under the Criminal Justice Act.

### 15. ATTORNEY'S STATEMENT

As the attorney for the person represented who is named above, I hereby affirm that the transcript requested is necessary for adequate representation. I, therefore, request authorization to obtain the transcript services at the expense of the United States pursuant to the Criminal Justice Act.

Signature of Attorney: *[signed]*    Date: 6-19-01

Printed Name: Ana M. Jhones, Esq.
Telephone Number: (305) 374-4919
[X] Panel Attorney  [ ] Retained Attorney  [ ] Pro-Se  [ ] Legal Organization

### 16. COURT ORDER

Financial eligibility of the person represented having been established to the Court's satisfaction, the authorization requested in Item 15 is hereby granted.

Signature of Presiding Judicial Officer or By Order of the Court

Date of Order _____  Nunc Pro Tunc Date _____

## CLAIM FOR SERVICES

| 17. COURT REPORTER/TRANSCRIBER STATUS | 18. PAYEE'S NAME AND MAILING ADDRESS |
|---|---|
| [ ] Official  [ ] Contract  [ ] Transcriber  [ ] Other | |

19. SOCIAL SECURITY NUMBER OR EMPLOYER ID NUMBER OF PAYEE

Telephone Number: _____

| 20. TRANSCRIPT | INCLUDE PAGE NUMBERS | NO. OF PAGES | RATE PER PAGE | SUB-TOTAL | LESS AMOUNT APPORTIONED | TOTAL |
|---|---|---|---|---|---|---|
| Original | | | | | | |
| Copy | | | | | | |
| Expenses *(Itemize)* | | | | | | |
| | | | | TOTAL AMOUNT CLAIMED: | | |

21. CLAIMAINT'S CERTIFICATION OF SERVICE PROVIDED
I hereby certify that the above claim is for services rendered and is correct, and that I have not sought or received payment *(compensation or anything of value)* from any other source for these services.

Signature of Claimant/Payee _____  Date _____

## ATTORNEY CERTIFICATION

22. CERTIFICATION OF ATTORNEY OR CLERK. I hereby certify that the services were rendered and that the transcript was received.

Signature of Attorney or Clerk _____  Date _____

## APPROVED FOR PAYMENT — COURT USE ONLY

| 23. APPROVED FOR PAYMENT | 24. AMOUNT APPROVED |
|---|---|
| Signature of Judicial Officer or Clerk of Court _____  Date _____ | |

# CJA 24 AUTHORIZATION AND VOUCHER FOR PAYMENT OF TRANSCRIPT (5-99)

| 1. CIR./DIST./DIV. CODE | 2. PERSON REPRESENTED | | | VOUCH. NUMBER |
|---|---|---|---|---|
| | RAY ADDERLY | | | |

| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER |
|---|---|---|---|
| | 00-6008-CR-ROETTGER | | |

| 7. IN CASE MATTER OF (Case Name) | 8. PAYMENT CATEGORY | 9. TYPE PERSON REPRESENTED | 10. REPRESENTATION TYPE (See Instructions) |
|---|---|---|---|
| USA vs. RAY ADDERLY | [X] Felony  [ ] Petty Offense  [ ] Misdemeanor  [ ] Other  [ ] Appeal | [X] Adult Defendant  [ ] Appellant  [ ] Juvenile Defendant  [ ] Appellee  [ ] Other: | |

11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) If more than one offense, list up to five) major offenses charged, according to severity of offense.

## REQUEST AND AUTHORIZATION FOR TRANSCRIPT

12. PROCEEDING IN WHICH TRANSCRIPT IS TO BE USED (Describe briefly)

SENTENCING - RE: Criminal History Category

13. PROCEEDING TO BE TRANSCRIBED (Describe specifically). NOTE: The trial transcripts are not to include prosecution opening statement, defense opening statement, prosecution argument, defense argument, prosecution rebuttal, voir dire or jury instructions, unless specifically authorized by the Court (see Item 14).

Plea colloquy of State criminal proceedings

14. SPECIAL AUTHORIZATIONS — JUDGE'S INITIALS

A. Apportioned Cost _____ % of transcript with (Give case name and defendant)

B. [ ] Expedited  [ ] Daily  [ ] Hourly Transcript  [X] Realtime Unedited Transcript   Case Number 97006837CF10A

C. [ ] Prosecution Opening Statement  [ ] Prosecution Argument  [ ] Prosecution Rebuttal
   [ ] Defense Opening Statement  [ ] Defense Argument  [ ] Voir Dire  [ ] Jury Instructions

D. In this multi-defendant case, commercial duplication of transcripts will impede the delivery of accelerated transcript services to persons proceeding under the Criminal Justice Act.

15. ATTORNEY'S STATEMENT

As the attorney for the person represented who is named above, I hereby affirm that the transcript requested is necessary for adequate representation, I, therefore, request authorization to obtain the transcript services at the expense of the United States pursuant to the Criminal Justice Act.

Signature of Attorney: [signed]    Date: 6-19-01
Printed Name: Ana M. Jhones, Esq.
Telephone Number: (305) 374-4919
[X] Panel Attorney  [ ] Retained Attorney  [ ] Pro-Se  [ ] Legal Organization

16. COURT ORDER

Financial eligibility of the person represented having been established to the Court's satisfaction, the authorization requested in Item 15 is hereby granted.

Signature of Presiding Judicial Officer or By Order of the Court
Date of Order    Nunc Pro Tunc Date

## CLAIM FOR SERVICES

17. COURT REPORTER/TRANSCRIBER STATUS
[ ] Official  [ ] Contract  [ ] Transcriber  [ ] Other

18. PAYEE'S NAME AND MAILING ADDRESS

19. SOCIAL SECURITY NUMBER OR EMPLOYER ID NUMBER OF PAYEE

Telephone Number: _____

| 20. TRANSCRIPT | INCLUDE PAGE NUMBERS | NO. OF PAGES | RATE PER PAGE | SUB-TOTAL | LESS AMOUNT APPORTIONED | TOTAL |
|---|---|---|---|---|---|---|
| Original | | | | | | |
| Copy | | | | | | |
| Expenses (Itemize) | | | | | | |
| | | | | TOTAL AMOUNT CLAIMED: | | |

21. CLAIMANT'S CERTIFICATION OF SERVICE PROVIDED
I hereby certify that the above claim is for services rendered and is correct, and that I have not sought or received payment (compensation or anything of value) from any other source for these services.

Signature of Claimant/Payee _____    Date _____

## ATTORNEY CERTIFICATION

22. CERTIFICATION OF ATTORNEY OR CLERK. I hereby certify that the services were rendered and that the transcript was received.

Signature of Attorney or Clerk    Date

## APPROVED FOR PAYMENT – COURT USE ONLY

| 23. APPROVED FOR PAYMENT | 24. AMOUNT APPROVED |
|---|---|
| Signature of Judicial Officer or Clerk of Court    Date | |

# CJA24 (AUTHORIZATION AND VOUCHER FOR PAYMENT OF TRANSCRIPT (5-99))

| 1. CIR./DIST. DIV. CODE | 2. PERSON REPRESENTED | | VOUCHER NUMBER |
|---|---|---|---|
| | RAY ADDERLY | | |

| 3. MAG. DKT. DEF. NUMBER | 4. DIST. DKT. DEF. NUMBER | 5. APPEALS DKT. DEF. NUMBER | 6. OTHER DKT. NUMBER |
|---|---|---|---|
| | 00-6008-CR-ROETTGER | | |

| 7. IN CASE MATTER OF *(Case Name)* | 8. PAYMENT CATEGORY | 9. TYPE PERSON REPRESENTED | 10. REPRESENTATION TYPE *(See Instructions)* |
|---|---|---|---|
| USA vs RAY ADDERLY | [X] Felony    [ ] Petty Offense<br>[ ] Misdemeanor    [ ] Other<br>[ ] Appeal | [X] Adult Defendant    [ ] Appellant<br>[ ] Juvenile Defendant    [ ] Appellee<br>[ ] Other: | |

**11. OFFENSE(S) CHARGED** (Cite U.S. Code, Title & Section) *If more than one offense, list (up to five) major offenses charged, according to severity of offense.*

## REQUEST AND AUTHORIZATION FOR TRANSCRIPT

**12. PROCEEDING IN WHICH TRANSCRIPT IS TO BE USED** *(Describe briefly)*

SENTENCING - RE: Criminal History Category

**13. PROCEEDING TO BE TRANSCRIBED** *(Describe specifically). NOTE: The trial transcripts are not to include prosecution opening statement, defense opening statement, prosecution argument, defense argument, prosecution rebuttal, voir dire or jury instructions, unless specifically authorized by the Court (see Item 14)*

Plea colloquy of State criminal proceedings

**14. SPECIAL AUTHORIZATIONS**      JUDGE'S INITIALS

A. Apportioned Cost _____ % of transcript with *(Give case name and defendant)*

B. [ ] Expedited    [ ] Daily    [ ] Hourly Transcript    [X] Realtime Unedited Transcript    Case Number 91008233CF10A

C. [ ] Prosecution Opening Statement    [ ] Prosecution Argument    [ ] Prosecution Rebuttal<br>
[ ] Defense Opening Statement    [ ] Defense Argument    [ ] Voir Dire    [ ] Jury Instructions

D. In this multi-defendant case, commercial duplication of transcripts will impede the delivery of accelerated transcript services to persons proceeding under the Criminal Justice Act.

**15. ATTORNEY'S STATEMENT**

As the attorney for the person represented who is named above, I hereby affirm that the transcript requested is necessary for adequate representation. I, therefore, request authorization to obtain the transcript services at the expense of the United States pursuant to the Criminal Justice Act.

Signature of Attorney    Date: 6-19-01

Printed Name: Ana M. Jhones, Esq.

Telephone Number: (305) 374-4919

[X] Panel Attorney    [ ] Retained Attorney    [ ] Pro-Se    [ ] Legal Organization

**16. COURT ORDER**

Financial eligibility of the person represented having been established to the Court's satisfaction, the authorization requested in Item 15 is hereby granted.

Signature of Presiding Judicial Officer or By Order of the Court

Date of Order      Nunc Pro Tunc Date

## CLAIM FOR SERVICES

**17. COURT REPORTER/TRANSCRIBER STATUS**

[ ] Official    [ ] Contract    [ ] Transcriber    [ ] Other

**18. PAYEE'S NAME AND MAILING ADDRESS**

Telephone Number: _____

**19. SOCIAL SECURITY NUMBER OR EMPLOYER ID NUMBER OF PAYEE**

| 20. TRANSCRIPT | INCLUDE PAGE NUMBERS | NO. OF PAGES | RATE PER PAGE | SUB-TOTAL | LESS AMOUNT APPORTIONED | TOTAL |
|---|---|---|---|---|---|---|
| Original | | | | | | |
| Copy | | | | | | |
| Expenses *(Itemize)* | | | | | | |
| | | | | **TOTAL AMOUNT CLAIMED:** | | |

**21. CLAIMANT'S CERTIFICATION OF SERVICE PROVIDED**

I hereby certify that the above claim is for services rendered and is correct, and that I have not sought or received payment *(compensation or anything of value)* from any other source for these services.

Signature of Claimant/Payee _____ Date _____

## ATTORNEY CERTIFICATION

**22. CERTIFICATION OF ATTORNEY OR CLERK** I hereby certify that the services were rendered and that the transcript was received.

Signature of Attorney or Clerk _____ Date _____

## APPROVED FOR PAYMENT – COURT USE ONLY

| 23. APPROVED FOR PAYMENT | 24. AMOUNT APPROVED |
|---|---|
| Signature of Judicial Officer or Clerk of Court    Date | |

# CJA 24 AUTHORIZATION AND VOUCHER FOR PAYMENT OF TRANSCRIPT (5/99)

| 1. CIR./DIST./DIV. CODE | 2. PERSON REPRESENTED | 3. VOUCHER NUMBER |
|---|---|---|
| | RAY ADDERLY | |

| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER |
|---|---|---|---|
| | 00-6008-CR-ROETTGER | | |

| 7. IN CASE/MATTER OF (Case Name) | 8. PAYMENT CATEGORY | 9. TYPE PERSON REPRESENTED | 10. REPRESENTATION TYPE (See Instructions) |
|---|---|---|---|
| USA vs RAY ADDERLY | [X] Felony [ ] Petty Offense [ ] Misdemeanor [ ] Other [ ] Appeal | [X] Adult Defendant [ ] Appellant [ ] Juvenile Defendant [ ] Appellee [ ] Other: | |

**11. OFFENSE(S) CHARGED** (Cite U.S. Code, Title & Section) If more than one offense, list (up to five) major offenses charged, according to severity of offense.

## REQUEST AND AUTHORIZATION FOR TRANSCRIPT

**12. PROCEEDING IN WHICH TRANSCRIPT IS TO BE USED** (Describe briefly)

SENTENCING - RE: Criminal History Category

**13. PROCEEDING TO BE TRANSCRIBED** (Describe specifically) NOTE: The trial transcripts are not to include prosecution opening statement, defense opening statement, prosecution argument, defense argument, prosecution rebuttal, voir dire or jury instructions, unless specifically authorized by the Court (see Item 14)

Plea colloquy of State criminal proceedings

**14. SPECIAL AUTHORIZATIONS** — JUDGE'S INITIALS

A. Apportioned Cost _____ % of transcript with (Give case name and defendant)

B. [ ] Expedited  [ ] Daily  [ ] Hourly Transcript  [X] Realtime Unedited Transcript — Case Number 96021597CF10A

C. [ ] Prosecution Opening Statement  [ ] Prosecution Argument  [ ] Prosecution Rebuttal
   [ ] Defense Opening Statement  [ ] Defense Argument  [ ] Voir Dire  [ ] Jury Instructions

D. In this multi-defendant case, commercial duplication of transcripts will impede the delivery of accelerated transcript services to persons proceeding under the Criminal Justice Act.

**15. ATTORNEY'S STATEMENT**

As the attorney for the person represented who is named above, I hereby affirm that the transcript requested is necessary for adequate representation. I, therefore, request authorization to obtain the transcript services at the expense of the United States pursuant to the Criminal Justice Act.

Signature of Attorney  Date: 6-19-01
Ana M. Jhones, Esq.
Telephone Number: (305) 374-4919
[X] Panel Attorney  [ ] Retained Attorney  [ ] Pro-Se  [ ] Legal Organization

**16. COURT ORDER**

Financial eligibility of the person represented having been established to the Court's satisfaction, the authorization requested in Item 15 is hereby granted.

Signature of Presiding Judicial Officer or By Order of the Court
Date of Order _____ Nunc Pro Tunc Date

## CLAIM FOR SERVICES

**17. COURT REPORTER/TRANSCRIBER STATUS**

[ ] Official  [ ] Contract  [ ] Transcriber  [ ] Other

**18. PAYEE'S NAME AND MAILING ADDRESS**

Telephone Number: _____

**19. SOCIAL SECURITY NUMBER OR EMPLOYER ID NUMBER OF PAYEE**

| 20. TRANSCRIPT | INCLUDE PAGE NUMBERS | NO. OF PAGES | RATE PER PAGE | SUB-TOTAL | LESS AMOUNT APPORTIONED | TOTAL |
|---|---|---|---|---|---|---|
| Original | | | | | | |
| Copy | | | | | | |
| Expenses (Itemize) | | | | | | |
| | | | | **TOTAL AMOUNT CLAIMED:** | | |

**21. CLAIMANT'S CERTIFICATION OF SERVICE PROVIDED**
I hereby certify that the above claim is for services rendered and is correct, and that I have not sought or received payment (compensation or anything of value) from any other source for these services

Signature of Claimant/Payee _____ Date _____

## ATTORNEY CERTIFICATION

**22. CERTIFICATION OF ATTORNEY OR CLERK** I hereby certify that the services were rendered and that the transcript was received

Signature of Attorney or Clerk _____ Date _____

## APPROVED FOR PAYMENT – COURT USE ONLY

| 23. APPROVED FOR PAYMENT | 24. AMOUNT APPROVED |
|---|---|
| Signature of Judicial Officer or Clerk of Court  Date | |

# AUTHORIZATION AND VOUCHER FOR EXPERT AND OTHER SERVICES

CJA 21 (Rev. 8/87)

| Field | Value |
|---|---|
| 1. JURISDICTION | 2. MAG. DOCKET NO. / VOUCHER NO. 0427804 |
| 3. DISTRICT DOCKET NO. | 00-6008-CR-ROETTGER |
| 4. APPEALS DOCKET NO. | |
| 5. FOR (DISTRICT/CIRCUIT) | Southern District of FL |
| 6. LOC. CODE | FLSMI |
| 7. CASE CODE | |
| 7A. CHARGE/OFFENSE | |
| 8. IN THE CASE OF | USA vs. RAY ADDERLY |
| 9. PERSON REPRESENTED | RAY ADDERLY |
| 10. PERSON REPRESENTED (STATUS) | 1 ☒ DEFENDANT – ADULT |
| 11. PROCEEDINGS FOR WHICH SERVICES ARE REQUESTED | Sentencing preparation |
| 12. TYPE OF SERVICES REQUESTED | 1 ☒ INVESTIGATOR |
| 13. SERVICES TO BE PROVIDED BY | McDermott Investigations, 328 Banyan Blvd. Suite F, West Palm Beach, FL  33401 |

**14. DESCRIPTION OF AND JUSTIFICATION FOR SERVICES.**
Assit attorney in researching prior criminal history for purposes of sentencing (See attached supplemental moriton and original motion)

**15. ATTORNEY'S STATEMENT**
☐ Authorization to obtain the service or
☐ Approval of services already obtained to be paid for by the United States pursuant to the Criminal Justice Act.

SIGNATURE OF ATTORNEY    DATE 6-19-01
TELEPHONE NO. (305) 374-4919
1 ☐ FPD  2 ☒ PANEL ATTORNEY  3 ☐ RETAINED ATTY.  4 ☐ PRO-SE

**16. ESTIMATED COMPENSATION**
$ 40.00  (Cap $600.00)

**17. COURT ORDER**
Financial eligibility of the person represented having been established to the court's satisfaction, the authorization requested in item 15 is hereby granted.

SIGNATURE OF PRESIDING JUDICIAL OFFICER    DATE

## CLAIM FOR SERVICE

**18. ITEMIZATION OF SERVICES RENDERED AND EXPENSES INCURRED**

A. TOTAL COMPENSATION $
B. TOTAL EXPENSES $
C. TOTAL AMOUNT CLAIMED

**19. CLAIMANT'S CERTIFICATION FOR PERIOD ___ TO ___**
F ☐ FINAL PAYMENT   I ☐ INTERIM PAYMENT NO. ___

SIGNATURE OF CLAIMANT    DATE

**20. CERTIFICATION OF ATTORNEY**
I hereby certify that these services were rendered.

ATTORNEY'S SIGNATURE    DATE

## APPROVED FOR PAYMENT

**21(a).** Either the cost of these services does not exceed $300, or prior authorization was obtained.

SIGNATURE OF PRESIDING JUDICIAL OFFICER    DATE    JUDGE/MAG. CODE

**22. AMOUNT APPROVED/CERT.**
A. COMPENSATION $
B. EXPENSES $
C. TOTAL AMOUNT APPROVED/CERTIFIED

**21(b).** Prior authorization was not obtained, but in the interest of justice the court finds that timely procurement of these necessary services could not await prior authorization, even though the cost exceeds $300.

SIGNATURE OF PRESIDING JUDICIAL OFFICER    DATE    JUDGE/MAG. CODE

**21(c).** Services procured in accordance with Federal public defender general budget authority.

SIGNATURE OF FEDERAL PUBLIC DEFENDER    DATE

**23.** Excess payment approved under 18 U.S.C. 3006A(e)(3)

SIGNATURE OF CHIEF JUDGE, CT. OF APPEALS (OR DELEGATE)    DATE

**24. TOTAL APPROVED** $

25. NAME OF PAYEE
26. PAYEE'S ADDRESS (include city, state & zip code)
27. PAYEE'S SOC. SEC. NO. OR EMPLOYER ID NO.
28. ATTORNEY'S NAME AND ADDRESS (include city, state, & zip code)

ORIGINAL -- MAILED TO ADMINISTRATIVE OFFICE BY CLERK AFTER ENTRY OF PAYMENT DATA