IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

6008

Case Number #00-~~~~~~CR-NCR

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

RAY ADDERLY,

    Defendant.

_____/

## NOTICE OF UNAVAILABILITY AND ABSENCE
## FROM JURISDICTION

COMES NOW Ana M. Jhones, as counsel to the Defendant, who hereby files this notice of unavailability:

1. That undersigned counsel per court order dated March 26th, 2001, is specially set to commence a trial on July 24th, 2001, before the Honorable Judge Patricia A. Seitz in case No. 00-435-CR-Seitz, in the matter of USA v. Rony Genois, et.al. That this matter is estimated to go for three weeks.

2. That in addition, to the extent that the trial on the aforementioned matter shall have concluded, counsel has set aside the week of August 6th, 2001 for her vacation.

3. That from September 12th thru September 15th, 2001, undersigned counsel shall be out of the jurisdiction attending a CJA seminar in San Francisco, California

sponsored by the Administrative Office of the United States Courts. Counsel has been accepted into this program and has made and prepaid all travel arrangements.

I HEREBY CERTIFY that a copy of the foregoing was furnished, by mail, to Edward Ryan, Assistant US Attorney, 500 East Broward Boulevard, 7th Floor, Fort Lauderdale FL 33301 this _____ day of June, 2001.

Respectfully submitted,

ANA M. JHONES
Attorney at Law
Bayside Plaza, Suite 625
330 Biscayne Boulevard
Miami, FL 33132
Telephone: (305) 374-4919
Fax: (305) 374-3414

BY: _____
FOR: Ana M. Jhones
Florida Bar #771170