IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case Number: 00-6008-CR-ROETTGER

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

RAY ADDERLY,

    Defendant,

_____/

NIGHT BOX FILED
OCT - 5 2001
CLARENCE MADDOX
CLERK, USDC/SDFL/FTL

## NOTICE OF COUNSEL'S ABSENCE FROM JURISDICTION

Undersigned counsel respectfully advises this Court that she will be out of the jurisdiction on vacation between October 30, 2001 and November 4, 2001. It is respectfully requested that this Court schedule no trials or hearings requiring counsel's appearance during this period.

I HEREBY CERTIFY that a copy of the foregoing was furnished, by mail, to Edward Ryan, Assistant US Attorney, 500 East Broward Blvd, 7th Floor, Ft. Lauderdale, Florida, 33394, this ____ day of October, 2001.

Respectfully submitted,

35

ANA M. JHONES
Attorney at Law
Bayside Plaza, Suite 625
330 Biscayne Boulevard
Miami, FL 33132
Telephone: (305) 374-4919 Dade
Fax        : (305) 374-3414 Dade Fax


BY: _____
    Florida Bar #771170