IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case Number: 00-6008-CR-Roettger

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

RAY ADDERLY,

      Defendant.
_____/

## DEFENDANT'S MOTION FOR ISSUANCE OF DUPLICATE COST VOUCHERS

COMES NOW the Defendant, Ray Adderly, by and through undersigned counsel, who moves this Honorable Court for the issuance of duplicate CJA 24 vouchers. As grounds therefor would show:

1. That on June 19, 2001, the Defendant filed <u>Defendant, Ray Adderly's Supplement to Motion for Investigative Costs.</u> In said supplemental motion, the Defendant amended his original request for CJA funds, to reflect a total of $1,000.00 cap, versus the original $1,500.00 cap requested. Moreover, in said supplemental motion, the Defendant bifurcated his request to reflect a designation of $600.00 of that amount for investigative funds, and another $400.00 for transcripts.

2. That attached to counsel's Supplemental Motion for Investigative Costs,

counsel attached 7 separate CJA 24 vouchers for separate transcript requests, as well as one CJA 21 voucher for investigative fees requested.

3. That as stated in counsel's earlier motion, the transcripts being sought pertain to several different State Court criminal proceedings, in order to assist the Defendant in defending against the possible allegation that Mr. Adderly is to be classified as a "Career offender" under Section 4B1.1 of the United States Sentencing Guidelines.

4. That on July 10, 2001, counsel received the CJA 21 executed by the Court, granting counsel's request for a $600.00 cap on investigative fees, and additionally, counsel received one of the seven CJA 24's that was originally submitted with counsel's Supplemental Motion for Investigative Costs. That are six remaining CJA 24 vouchers that counsel has not received.

5. That upon discussions with Chambers in this matter, it is counsel's belief that the vouchers were all signed by this Court, and forwarded to counsel's office, however, they have, to date, not been received in counsel's offices.

6. That based upon the foregoing, counsel has prepared and attached to this Motion an additional set of the six (6) CJA 24 vouchers she has not received, and would most respectfully request that this Court re-execute the attached vouchers and forward them to counsel.

WHEREFORE, the Defendant most respectfully requests that this Honorable

Court: re-execute the attached six CJA 24 vouchers and return them to counsel.

I HEREBY CERTIFY that a copy of the foregoing was furnished, by mail, to Edward Ryan, Assistant US Attorney, 500 East Broward Boulevard, 7th Floor, Fort Lauderdale FL 33394 this _____ day of October, 2001.

                  Respectfully submitted,

                  ANA M. JHONES
                  Attorney at Law
                  Bayside Plaza, Suite 625
                  330 Biscayne Boulevard
                  Miami, FL 33132
                  Telephone: (305) 374-4919 Dade
                              (954) 537-5565 Broward
                  Fax      : (305) 374-3414 Dade Fax
                              (954) 568-1870 Broward Fax

BY: _____
      FOR: Ana M. Jhones
      Florida Bar #771170

CJA 24 AUTHORIZATION AND VOUCHER FOR PAYMENT OF TRANSCRIPT (5-99)

| 1. CIR./DIST./DIV. CODE | 2. PERSON REPRESENTED<br>RAY ADDERLY | | VOUCHER NUMBER | |
|---|---|---|---|---|
| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER<br>00-6608-CR-NCR | 5. APPEALS DKT./DEF. NUMBER | | 6. OTHER DKT. NUMBER |
| 7. IN CASE/MATTER OF *(Case Name)*<br>USA v.<br>Ray Adderly | 8. PAYMENT CATEGORY<br>☒ Felony  ☐ Petty Offense<br>☐ Misdemeanor ☐ Other<br>☐ Appeal | 9. TYPE PERSON REPRESENTED<br>☒ Adult Defendant  ☐ Appellant<br>☐ Juvenile Defendant ☐ Appellee<br>☐ Other: | | 10. REPRESENTATION TYPE<br>*(See Instructions)* |

11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) *If more than one offense, list (up to five) major offenses charged, according to severity of offense.*

   21:846, 841

### REQUEST AND AUTHORIZATION FOR TRANSCRIPT

12. PROCEEDING IN WHICH TRANSCRIPT IS TO BE USED *(Describe briefly)*

   Sentencing RE: Criminal History Category

13. PROCEEDING TO BE TRANSCRIBED *(Describe specifically). NOTE: The trial transcripts are not to include prosecution opening statement, defense opening statement, prosecution argument, defense argument, prosecution rebuttal, voir dire or jury instructions, unless specifically authorized by the Court (see Item 14).*

   Plea Colloquy of State Criminal Proceedings, Case # 96-021568 CF 10 A

14. SPECIAL AUTHORIZATIONS — JUDGE'S INITIALS

   A. Apportioned Cost _____ % of transcript with *(Give case name and defendant)*

   B. ☐ Expedited  ☐ Daily  ☐ Hourly Transcript  ☐ Realtime Unedited Transcript

   C. ☐ Prosecution Opening Statement  ☐ Prosecution Argument  ☐ Prosecution Rebuttal
      ☐ Defense Opening Statement  ☐ Defense Argument  ☐ Voir Dire  ☐ Jury Instructions

   D. In this multi-defendant case, commercial duplication of transcripts will impede the delivery of accelerated transcript services to persons proceeding under the Criminal Justice Act.

**15. ATTORNEY'S STATEMENT**

As the attorney for the person represented who is named above, I hereby affirm that the transcript requested is necessary for adequate representation. I, therefore, request authorization to obtain the transcript services at the expense of the United States pursuant to the Criminal Justice Act.

*[signature]* ANA FOR JHONES 10/8/01
Signature of Attorney     Date

Ana M. Jhones
Printed Name
Telephone Number: 305-374-4919
☒ Panel Attorney  ☐ Retained Attorney  ☐ Pro-Se  ☐ Legal Organization

**16. COURT ORDER**

Financial eligibility of the person represented having been established to the Court's satisfaction, the authorization requested in Item 15 is hereby granted.

_____
Signature of Presiding Judicial Officer or By Order of the Court

_____     _____
Date of Order     Nunc Pro Tunc Date

### CLAIM FOR SERVICES

17. COURT REPORTER/TRANSCRIBER STATUS
   ☐ Official  ☐ Contract  ☐ Transcriber  ☐ Other

18. PAYEE'S NAME AND MAILING ADDRESS

19. SOCIAL SECURITY NUMBER OR EMPLOYER ID NUMBER OF PAYEE

   Telephone Number: _____

| 20. TRANSCRIPT | INCLUDE PAGE NUMBERS | NO. OF PAGES | RATE PER PAGE | SUB-TOTAL | LESS AMOUNT APPORTIONED | TOTAL |
|---|---|---|---|---|---|---|
| Original | | | | | | |
| Copy | | | | | | |
| Expenses *(Itemize)* | | | | | | |
| | | | | **TOTAL AMOUNT CLAIMED:** | | |

21. CLAIMANT'S CERTIFICATION OF SERVICE PROVIDED
   I hereby certify that the above claim is for services rendered and is correct, and that I have not sought or received payment *(compensation or anything of value)* from any other source for these services.

   Signature of Claimant/Payee _____  Date _____

### ATTORNEY CERTIFICATION

22. CERTIFICATION OF ATTORNEY OR CLERK  I hereby certify that the services were rendered and that the transcript was received.

   _____  _____
   Signature of Attorney or Clerk     Date

### APPROVED FOR PAYMENT — COURT USE ONLY

| 23. APPROVED FOR PAYMENT | 24. AMOUNT APPROVED |
|---|---|
| _____<br>Signature of Judicial Officer or Clerk of Court     Date | |

CJA 24 AUTHORIZATION AND VOUCHER FOR PAYMENT OF TRANSCRIPT (5-99)

| 1. CIR./DIST./ DIV. CODE | 2. PERSON REPRESENTED<br>RAY ADDERLY | | VOUCHER NUMBER | |
|---|---|---|---|---|
| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER<br>00-6608-CR-NCR | 5. APPEALS DKT./DEF. NUMBER | | 6. OTHER DKT. NUMBER |
| 7. IN CASE/MATTER OF (Case Name)<br>USA v.<br>Ray Adderly | 8. PAYMENT CATEGORY<br>☒ Felony  ☐ Petty Offense<br>☐ Misdemeanor  ☐ Other<br>☐ Appeal | 9. TYPE PERSON REPRESENTED<br>☒ Adult Defendant  ☐ Appellant<br>☐ Juvenile Defendant  ☐ Appellee<br>☐ Other: | | 10. REPRESENTATION TYPE<br>(See Instructions) |

11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) If more than one offense, list (up to five) major offenses charged, according to severity of offense.
    21:846, 841

**REQUEST AND AUTHORIZATION FOR TRANSCRIPT**

12. PROCEEDING IN WHICH TRANSCRIPT IS TO BE USED (Describe briefly)
    Sentencing RE: Criminal History Category

13. PROCEEDING TO BE TRANSCRIBED (Describe specifically). NOTE: The trial transcripts are not to include prosecution opening statement, defense opening statement, prosecution argument, defense argument, prosecution rebuttal, voir dire or jury instructions, unless specifically authorized by the Court (see Item 14).
    Plea colloquy of State criminal proceedings-Case #95-005701CF 10 A

14. SPECIAL AUTHORIZATIONS — JUDGE'S INITIALS

  A. Apportioned Cost _____ % of transcript with (Give case name and defendant)

  B. ☐ Expedited  ☐ Daily  ☐ Hourly Transcript  ☐ Realtime Unedited Transcript

  C. ☐ Prosecution Opening Statement  ☐ Prosecution Argument  ☐ Prosecution Rebuttal
     ☐ Defense Opening Statement  ☐ Defense Argument  ☐ Voir Dire  ☐ Jury Instructions

  D. In this multi-defendant case, commercial duplication of transcripts will impede the delivery of accelerated transcript services to persons proceeding under the Criminal Justice Act.

15. ATTORNEY'S STATEMENT

As the attorney for the person represented who is named above, I hereby affirm that the transcript requested is necessary for adequate representation. I, therefore, request authorization to obtain the transcript services at the expense of the United States pursuant to the Criminal Justice Act.

Signature of Attorney: [signed] ANA FOR JHONES  10/8/01
Ana M. Jhones  Printed Name
Telephone Number: 305-374-4919
☒ Panel Attorney  ☐ Retained Attorney  ☐ Pro-Se  ☐ Legal Organization

16. COURT ORDER

Financial eligibility of the person represented having been established to the Court's satisfaction, the authorization requested in Item 15 is hereby granted.

Signature of Presiding Judicial Officer or By Order of the Court
Date of Order    Nunc Pro Tunc Date

**CLAIM FOR SERVICES**

17. COURT REPORTER/TRANSCRIBER STATUS
☐ Official  ☐ Contract  ☐ Transcriber  ☐ Other

18. PAYEE'S NAME AND MAILING ADDRESS

19. SOCIAL SECURITY NUMBER OR EMPLOYER ID NUMBER OF PAYEE

Telephone Number: _____

| 20. TRANSCRIPT | INCLUDE PAGE NUMBERS | NO. OF PAGES | RATE PER PAGE | SUB-TOTAL | LESS AMOUNT APPORTIONED | TOTAL |
|---|---|---|---|---|---|---|
| Original | | | | | | |
| Copy | | | | | | |
| Expenses (Itemize) | | | | | | |
| | | | | TOTAL AMOUNT CLAIMED: | | |

21. CLAIMAINT'S CERTIFICATION OF SERVICE PROVIDED
I hereby certify that the above claim is for services rendered and is correct, and that I have not sought or received payment (compensation or anything of value) from any other source for these services.

Signature of Claimant/Payee _____  Date _____

**ATTORNEY CERTIFICATION**

22. CERTIFICATION OF ATTORNEY OR CLERK  I hereby certify that the services were rendered and that the transcript was received.

Signature of Attorney or Clerk _____  Date _____

**APPROVED FOR PAYMENT — COURT USE ONLY**

23. APPROVED FOR PAYMENT

Signature of Judicial Officer or Clerk of Court _____  Date _____

24. AMOUNT APPROVED

CJA 24 AUTHORIZATION AND VOUCHER FOR PAYMENT OF TRANSCRIPT (5-99)

| 1. CIR./DIST./ DIV. CODE | 2. PERSON REPRESENTED RAY ADDERLY | | VOUCHER NUMBER | |
|---|---|---|---|---|
| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER 00-6608-CR-NCR | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER | |
| 7. IN CASE/MATTER OF (Case Name) USA v. Ray Adderly | 8. PAYMENT CATEGORY ☒ Felony  ☐ Petty Offense ☐ Misdemeanor  ☐ Other ☐ Appeal | 9. TYPE PERSON REPRESENTED ☒ Adult Defendant  ☐ Appellant ☐ Juvenile Defendant  ☐ Appellee ☐ Other: | 10. REPRESENTATION TYPE (See Instructions) | |

11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) *If more than one offense, list (up to five) major offenses charged, according to severity of offense.*

21:846, 841

**REQUEST AND AUTHORIZATION FOR TRANSCRIPT**

12. PROCEEDING IN WHICH TRANSCRIPT IS TO BE USED (Describe briefly)

Sentencing RE: Criminal History Category

13. PROCEEDING TO BE TRANSCRIBED (Describe specifically). NOTE: The trial transcripts are not to include prosecution opening statement, defense opening statement, prosecution argument, defense argument, prosecution rebuttal, voir dire or jury instructions, unless specifically authorized by the Court (see Item 14).

Plea colloquy of State criminal proceedings, Case # 92-021327 CF 10 A

14. SPECIAL AUTHORIZATIONS — JUDGE'S INITIALS

A. Apportioned Cost_____% of transcript with (Give case name and defendant)

B. ☐ Expedited  ☐ Daily  ☐ Hourly Transcript  ☐ Realtime Unedited Transcript

C. ☐ Prosecution Opening Statement  ☐ Prosecution Argument  ☐ Prosecution Rebuttal
   ☐ Defense Opening Statement  ☐ Defense Argument  ☐ Voir Dire  ☐ Jury Instructions

D. In this multi-defendant case, commercial duplication of transcripts will impede the delivery of accelerated transcript services to persons proceeding under the Criminal Justice Act.

15. ATTORNEY'S STATEMENT

As the attorney for the person represented who is named above, I hereby affirm that the transcript requested is necessary for adequate representation. I, therefore, request authorization to obtain the transcript services at the expense of the United States pursuant to the Criminal Justice Act.

Signature of Attorney: [signed] FOR ANA JHONES  10/8/01

Printed Name: Ana M. Jhones

Telephone Number: 305-374-4919

☒ Panel Attorney  ☐ Retained Attorney  ☐ Pro-Se  ☐ Legal Organization

16. COURT ORDER

Financial eligibility of the person represented having been established to the Court's satisfaction, the authorization requested in Item 15 is hereby granted.

Signature of Presiding Judicial Officer or By Order of the Court

Date of Order _____  Nunc Pro Tunc Date _____

**CLAIM FOR SERVICES**

17. COURT REPORTER/TRANSCRIBER STATUS
☐ Official  ☐ Contract  ☐ Transcriber  ☐ Other

18. PAYEE'S NAME AND MAILING ADDRESS

19. SOCIAL SECURITY NUMBER OR EMPLOYER ID NUMBER OF PAYEE

Telephone Number: _____

| 20. TRANSCRIPT | INCLUDE PAGE NUMBERS | NO. OF PAGES | RATE PER PAGE | SUB-TOTAL | LESS AMOUNT APPORTIONED | TOTAL |
|---|---|---|---|---|---|---|
| Original | | | | | | |
| Copy | | | | | | |
| Expenses (Itemize) | | | | | | |
| | | | | TOTAL AMOUNT CLAIMED: | | |

21. CLAIMAINT'S CERTIFICATION OF SERVICE PROVIDED

I hereby certify that the above claim is for services rendered and is correct, and that I have not sought or received payment (compensation or anything of value) from any other source for these services.

Signature of Claimant/Payee _____  Date _____

**ATTORNEY CERTIFICATION**

22. CERTIFICATION OF ATTORNEY OR CLERK I hereby certify that the services were rendered and that the transcript was received.

Signature of Attorney or Clerk _____  Date _____

**APPROVED FOR PAYMENT - COURT USE ONLY**

23. APPROVED FOR PAYMENT

Signature of Judicial Officer or Clerk of Court _____  Date _____

24. AMOUNT APPROVED

CJA 24 AUTHORIZATION AND VOUCHER FOR PAYMENT OF TRANSCRIPT (5-99)

| 1. CIR./DIST./DIV. CODE | 2. PERSON REPRESENTED<br>RAY ADDERLY | | VOUCHER NUMBER | |
|---|---|---|---|---|
| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER<br>00-6608-CR-NCR | 5. APPEALS DKT./DEF. NUMBER | | 6. OTHER DKT. NUMBER |
| 7. IN CASE/MATTER OF (Case Name)<br>USA v.<br>Ray Adderly | 8. PAYMENT CATEGORY<br>☒ Felony  ☐ Petty Offense<br>☐ Misdemeanor  ☐ Other<br>☐ Appeal | 9. TYPE PERSON REPRESENTED<br>☒ Adult Defendant  ☐ Appellant<br>☐ Juvenile Defendant  ☐ Appellee<br>☐ Other: | | 10. REPRESENTATION TYPE<br>(See Instructions) |

11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) If more than one offense, list (up to five) major offenses charged, according to severity of offense.
    21:846, 841

### REQUEST AND AUTHORIZATION FOR TRANSCRIPT

12. PROCEEDING IN WHICH TRANSCRIPT IS TO BE USED (Describe briefly)
    Sentencing RE: Criminal History Category

13. PROCEEDING TO BE TRANSCRIBED (Describe specifically). NOTE: The trial transcripts are not to include prosecution opening statement, defense opening statement, prosecution argument, defense argument, prosecution rebuttal, voir dire or jury instructions, unless specifically authorized by the Court (see Item 14).
    Plea colloquy of State criminal proceedings-Case # 97-006837 CF 10 A

14. SPECIAL AUTHORIZATIONS — JUDGE'S INITIALS

   A. Apportioned Cost _____ % of transcript with (Give case name and defendant)

   B. ☐ Expedited  ☐ Daily  ☐ Hourly Transcript  ☐ Realtime Unedited Transcript

   C. ☐ Prosecution Opening Statement  ☐ Prosecution Argument  ☐ Prosecution Rebuttal
      ☐ Defense Opening Statement  ☐ Defense Argument  ☐ Voir Dire  ☐ Jury Instructions

   D. In this multi-defendant case, commercial duplication of transcripts will impede the delivery of accelerated transcript services to persons proceeding under the Criminal Justice Act.

15. ATTORNEY'S STATEMENT

As the attorney for the person represented who is named above, I hereby affirm that the transcript requested is necessary for adequate representation. I, therefore, request authorization to obtain the transcript services at the expense of the United States, pursuant to the Criminal Justice Act.

_[signature]_ ANA FOR JHONES  10/8/01
Signature of Attorney                    Date

Ana M. Jhones
Printed Name
Telephone Number: 305-374-4919
☒ Panel Attorney  ☐ Retained Attorney  ☐ Pro-Se  ☐ Legal Organization

16. COURT ORDER

Financial eligibility of the person represented having been established to the Court's satisfaction, the authorization requested in Item 15 is hereby granted.

_____
Signature of Presiding Judicial Officer or By Order of the Court

_____    _____
Date of Order       Nunc Pro Tunc Date

### CLAIM FOR SERVICES

17. COURT REPORTER/TRANSCRIBER STATUS
    ☐ Official  ☐ Contract  ☐ Transcriber  ☐ Other

18. PAYEE'S NAME AND MAILING ADDRESS

19. SOCIAL SECURITY NUMBER OR EMPLOYER ID NUMBER OF PAYEE

Telephone Number: _____

| 20. TRANSCRIPT | INCLUDE PAGE NUMBERS | NO. OF PAGES | RATE PER PAGE | SUB-TOTAL | LESS AMOUNT APPORTIONED | TOTAL |
|---|---|---|---|---|---|---|
| Original | | | | | | |
| Copy | | | | | | |
| Expenses (Itemize) | | | | | | |
| | | | | TOTAL AMOUNT CLAIMED: | | |

21. CLAIMANT'S CERTIFICATION OF SERVICE PROVIDED
I hereby certify that the above claim is for services rendered and is correct, and that I have not sought or received payment (compensation or anything of value) from any other source for these services.

Signature of Claimant/Payee _____   Date _____

### ATTORNEY CERTIFICATION

22. CERTIFICATION OF ATTORNEY OR CLERK  I hereby certify that the services were rendered and that the transcript was received.

_____  _____
Signature of Attorney or Clerk              Date

### APPROVED FOR PAYMENT — COURT USE ONLY

| 23. APPROVED FOR PAYMENT | 24. AMOUNT APPROVED |
|---|---|
| _____<br>Signature of Judicial Officer or Clerk of Court  Date | |

CJA 24 AUTHORIZATION AND VOUCHER FOR PAYMENT OF TRANSCRIPT (5-99)

| 1. CIR./DIST./ DIV. CODE | 2. PERSON REPRESENTED<br>RAY ADDERLY | | VOUCHER NUMBER | |
|---|---|---|---|---|
| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER<br>00-6608-CR-NCR | 5. APPEALS DKT./DEF. NUMBER | | 6. OTHER DKT. NUMBER |
| 7. IN CASE/MATTER OF (Case Name)<br>USA v.<br>Ray Adderly | 8. PAYMENT CATEGORY<br>[X] Felony  [ ] Petty Offense<br>[ ] Misdemeanor  [ ] Other<br>[ ] Appeal | | 9. TYPE PERSON REPRESENTED<br>[X] Adult Defendant  [ ] Appellant<br>[ ] Juvenile Defendant  [ ] Appellee<br>[ ] Other: | 10. REPRESENTATION TYPE<br>(See Instructions) |

**11. OFFENSE(S) CHARGED** (Cite U.S. Code, Title & Section) If more than one offense, list (up to five) major offenses charged, according to severity of offense.
21:846, 841

### REQUEST AND AUTHORIZATION FOR TRANSCRIPT

**12. PROCEEDING IN WHICH TRANSCRIPT IS TO BE USED** (Describe briefly)
Sentencing RE: Criminal History Category

**13. PROCEEDING TO BE TRANSCRIBED** (Describe specifically). NOTE: The trial transcripts are not to include prosecution opening statement, defense opening statement, prosecution argument, defense argument, prosecution rebuttal, voir dire or jury instructions, unless specifically authorized by the Court (see Item 14).
Plea colloquy of State criminal proceedings, Case # 91-8233 CF 10 A

**14. SPECIAL AUTHORIZATIONS** — JUDGE'S INITIALS

A. Apportioned Cost _____ % of transcript with (Give case name and defendant)

B. [ ] Expedited  [ ] Daily  [ ] Hourly Transcript  [ ] Realtime Unedited Transcript

C. [ ] Prosecution Opening Statement  [ ] Prosecution Argument  [ ] Prosecution Rebuttal
   [ ] Defense Opening Statement  [ ] Defense Argument  [ ] Voir Dire  [ ] Jury Instructions

D. In this multi-defendant case, commercial duplication of transcripts will impede the delivery of accelerated transcript services to persons proceeding under the Criminal Justice Act.

**15. ATTORNEY'S STATEMENT**

As the attorney for the person represented who is named above, I hereby affirm that the transcript requested is necessary for adequate representation. I, therefore, request authorization to obtain the transcript services at the expense of the United States pursuant to the Criminal Justice Act.

*[signature]* FOR ANA JHONES  10/8/01
Signature of Attorney                    Date

Ana M. Jhones
Printed Name
Telephone Number: 305-374-4919

[X] Panel Attorney  [ ] Retained Attorney  [ ] Pro-Se  [ ] Legal Organization

**16. COURT ORDER**

Financial eligibility of the person represented having been established to the Court's satisfaction, the authorization requested in Item 15 is hereby granted.

_____
Signature of Presiding Judicial Officer or By Order of the Court

_____    _____
Date of Order      Nunc Pro Tunc Date

### CLAIM FOR SERVICES

**17. COURT REPORTER/TRANSCRIBER STATUS**
[ ] Official  [ ] Contract  [ ] Transcriber  [ ] Other

**18. PAYEE'S NAME AND MAILING ADDRESS**

**19. SOCIAL SECURITY NUMBER OR EMPLOYER ID NUMBER OF PAYEE**

Telephone Number: _____

| 20. TRANSCRIPT | INCLUDE PAGE NUMBERS | NO. OF PAGES | RATE PER PAGE | SUB-TOTAL | LESS AMOUNT APPORTIONED | TOTAL |
|---|---|---|---|---|---|---|
| Original | | | | | | |
| Copy | | | | | | |
| Expenses (Itemize) | | | | | | |
| | | | | **TOTAL AMOUNT CLAIMED:** | | |

**21. CLAIMANT'S CERTIFICATION OF SERVICE PROVIDED**
I hereby certify that the above claim is for services rendered and is correct, and that I have not sought or received payment (compensation or anything of value) from any other source for these services.

Signature of Claimant/Payee _____    Date _____

### ATTORNEY CERTIFICATION

**22. CERTIFICATION OF ATTORNEY OR CLERK** I hereby certify that the services were rendered and that the transcript was received.

_____    _____
Signature of Attorney or Clerk    Date

### APPROVED FOR PAYMENT — COURT USE ONLY

**23. APPROVED FOR PAYMENT**                            **24. AMOUNT APPROVED**

_____    _____
Signature of Judicial Officer or Clerk of Court    Date

CJA 24 AUTHORIZATION AND VOUCHER FOR PAYMENT OF TRANSCRIPT (5-99)

| 1. CIR./DIST./DIV. CODE | 2. PERSON REPRESENTED  RAY ADDERLY | | VOUCHER NUMBER | |
|---|---|---|---|---|
| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER  00-6608-CR-NCR | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER | |
| 7. IN CASE/MATTER OF (Case Name)  USA v.  Ray Adderly | 8. PAYMENT CATEGORY  ☒ Felony  ☐ Petty Offense  ☐ Misdemeanor ☐ Other  ☐ Appeal | 9. TYPE PERSON REPRESENTED  ☒ Adult Defendant ☐ Appellant  ☐ Juvenile Defendant ☐ Appellee  ☐ Other: | 10. REPRESENTATION TYPE  (See Instructions) | |

11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) *If more than one offense, list (up to five) major offenses charged, according to severity of offense.*

   21:846, 841

### REQUEST AND AUTHORIZATION FOR TRANSCRIPT

12. PROCEEDING IN WHICH TRANSCRIPT IS TO BE USED *(Describe briefly)*

    Sentencing RE: Criminal History Category

13. PROCEEDING TO BE TRANSCRIBED *(Describe specifically).* NOTE: *The trial transcripts are not to include prosecution opening statement, defense opening statement, prosecution argument, defense argument, prosecution rebuttal, voir dire or jury instructions, unless specifically authorized by the Court (see Item 14).*

    Plea colloquy of State criminal proceedings- Case #96-021597 CF 10 A

14. SPECIAL AUTHORIZATIONS — JUDGE'S INITIALS

   A. Apportioned Cost _____ % of transcript with *(Give case name and defendant)*

   B. ☐ Expedited  ☐ Daily  ☐ Hourly Transcript  ☐ Realtime Unedited Transcript

   C. ☐ Prosecution Opening Statement ☐ Prosecution Argument ☐ Prosecution Rebuttal
      ☐ Defense Opening Statement ☐ Defense Argument ☐ Voir Dire ☐ Jury Instructions

   D. In this multi-defendant case, commercial duplication of transcripts will impede the delivery of accelerated transcript services to persons proceeding under the Criminal Justice Act.

15. ATTORNEY'S STATEMENT

As the attorney for the person represented who is named above, I hereby affirm that the transcript requested is necessary for adequate representation. I, therefore, request authorization to obtain the transcript services at the expense of the United States pursuant to the Criminal Justice Act.

*Signature of Attorney* ANA FOR JHONES 10/8/01
Ana M. Jhones
*Printed Name*
Telephone Number: 305-374-4919

☒ Panel Attorney ☐ Retained Attorney ☐ Pro-Se ☐ Legal Organization

16. COURT ORDER

Financial eligibility of the person represented having been established to the Court's satisfaction, the authorization requested in Item 15 is hereby granted.

_____
Signature of Presiding Judicial Officer or By Order of the Court

Date of Order _____ Nunc Pro Tunc Date _____

### CLAIM FOR SERVICES

17. COURT REPORTER/TRANSCRIBER STATUS
☐ Official ☐ Contract ☐ Transcriber ☐ Other

18. PAYEE'S NAME AND MAILING ADDRESS

19. SOCIAL SECURITY NUMBER OR EMPLOYER ID NUMBER OF PAYEE

Telephone Number: _____

| 20. TRANSCRIPT | INCLUDE PAGE NUMBERS | NO. OF PAGES | RATE PER PAGE | SUB-TOTAL | LESS AMOUNT APPORTIONED | TOTAL |
|---|---|---|---|---|---|---|
| Original | | | | | | |
| Copy | | | | | | |
| Expenses *(Itemize)* | | | | | | |
| | | | | TOTAL AMOUNT CLAIMED: | | |

21. CLAIMANT'S CERTIFICATION OF SERVICE PROVIDED

I hereby certify that the above claim is for services rendered and is correct, and that I have not sought or received payment *(compensation or anything of value)* from any other source for these services.

Signature of Claimant/Payee _____ Date _____

### ATTORNEY CERTIFICATION

22. CERTIFICATION OF ATTORNEY OR CLERK  I hereby certify that the services were rendered and that the transcript was received.

Signature of Attorney or Clerk _____ Date _____

### APPROVED FOR PAYMENT - COURT USE ONLY

| 23. APPROVED FOR PAYMENT | 24. AMOUNT APPROVED |
|---|---|
| Signature of Judicial Officer or Clerk of Court    Date | |