FILED by _____ D.C.

JAN 22 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

HONORABLE NORMAN C. ROETTGER
United States District Court
Southern District of Florida

## COURT MINUTES

Case No.: 00-6008-CR-NCR   Date: 1/22/02
Courtroom Clerk: P. Hart   Court Reporter: Beeves
Probation Officer: _____   Interpreter: _____

Plaintiff(s): U.S.A.   Counsel: Ryan

Defendant(s): B. Adderly (J)   Counsel: A. Thomas

Reason For Hearing: Plea Cts #3

Result of Hearing/Judgment: D plead & adj. as guilty. PSI ordered. sent. set Friday April 5th at 1:30 p.m.

Misc.: _____

37