UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6008-CR-ROETTGER

UNITED STATES OF AMERICA,

vs.

RAY ADDERLY,

        Defendant.
_____/

## MOTION TO CONTINUE SENTENCING

The United States of America, by and through the undersigned Assistant United States Attorney, hereby moves this Honorable Court to continue the Sentencing in the above-captioned case currently set for April 5, 2002. In support the undersigned would state as follows:

1. A member of the undersigned's family recently suffered several serious health issues. The undersigned recently traveled to see and help care for that family member and needs to do so again. Such trip is scheduled to occur during the time period that this case is set for sentencing.

2. Defendant's assistance to the government is nearing completion but will not be completed by the date of sentencing.

3. The undersigned expects that the sentencing in the above-captioned case will raise a number of issues. The undersigned has been responsible for this case since its inception and is well aware of all the facts. Furthermore, the undersigned is responsible for all matters of cooperation that may affect sentencing. The undersigned believes that his presence is necessary to properly advise the Court of all matters relevant to the sentencing.

4. The undersigned has contacted counsel for the defendant. Counsel had advised the



undersigned that she joins in the motion to continue sentencing.

WHEREFORE, the undersigned moves this Honorable Court to continue the sentencing in the above-captioned case currently set for April 5, 2002.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By _____
EDWARD R. RYAN
ASSISTANT UNITED STATES ATTORNEY
Court # A500053
500 E. Broward Blvd., Suite 700
Ft. Lauderdale, FL. 33394
Telephone (954)356-7255 x 3514
Fax (954) 356-7336

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 20th day of March, 2002 to Ana M. Jhones 330 Biscayne Blvd, Suite 625 Miami, FL 33132.

_____
Ronald F. Chase II FOR
EDWARD R. RYAN
ASSISTANT UNITED STATES ATTORNEY