```
                                    UNITED STATES DISTRICT COURT
                                    SOUTHERN DISTRICT OF FLORIDA

                                    CASE NO: 00-6008-CR-ROETTGER
```

UNITED STATES OF AMERICA



v

RAY ADDERLY

NOTICE

_____/

TAKE NOTICE That a proceeding in this case has been set for <u>TUESDAY MAY 14, 2002 at 1:30 P.M.</u> at the U.S. District Courthouse, 299 East Broward Blvd. Courtroom 109, Ft. Lauderdale, Florida.

TYPE OF PROCEEDING:

SENTENCING

CLARENCE MADDOX, CLERK

DATED: 4/26/02

BY: P. Hart

Deputy Clerk

40