FILED BY:_____D.C.

2002 MAY -8 PM 4: 25

CLERK U.S. DIST. CT.
S.D. OF FL.-FTL.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case Number: 00-6008-CR-Roettger

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

RAY ADDERLY,

    Defendant.

_____/

## DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE EXCEPTIONS TO PSI AND REQUEST FOR CONTINUANCE OF SENTENCING

COMES NOW the Defendant, Ray Adderly, by and through undersigned counsel, who moves this Honorable Court for an enlargement of time in which to file his exceptions to the P.S.I. report, and would further request a continuance of his sentencing proceeding. As grounds, the Defendant would show:

1. The Defendant's sentencing is scheduled for May 14, 2002.

2. That due to various pressing deadlines, undersigned counsel is in need of an additional 10 days, from the date of this motion, within which to file exceptions to the Defendant's P.S.I. Specifically, undersigned counsel has been preparing a Petition for Writ of Certiorari due in the US Supreme Court on May 6, 2002, in the case of <u>USA v. Marvin</u>



<u>Smith</u>; preparing an Initial Brief due to the 11th Circuit on May 9, 2002, in the case of <u>USA v. Rony Genois</u>, Case No.: 01-16379-II, which involves 18 volumes of transcripts, as well as preparation for two trials in the case of <u>USA v. Alexis Gonzalez</u>, et al., on behalf of Defendant Elicer Lara-Salado, Case Number: 01-1-52-CR-Moore, which was scheduled to commence in the second week of the two-week calendar, i.e. April 8, 2002, and a trial and denaturalization proceedings in a civil matter concerning client Aleyda Corporan before Judge Moreno, on the two-week calendar beginning on April 22, 2002.

3. That because of the foregoing, and other deadlines and commitments, the undersigned would state that she has not been able to adequately formulate and file the exceptions to the Defendant's PSI report, and would state that additional time of ten days will be needed.

4. That the Defendant is also requesting a continuance of the Defendant's sentencing, in order to permit the Probation Department to review the exceptions and prepare and file an addendum.

5. That the undersigned counsel has spoken with Ed Ryan, the Assistant US Attorney in this case, who advised that he does not oppose this enlargement of time to file exceptions to the PSI, or a continuance of the Defendant's sentencing.

WHEREFORE, based upon all of the foregoing, the Defendant moves this Honorable Court for an enlargement of time until May 18, 2002, in which to file the

exceptions to the P.S.I. report, and would further request a continuance of the Defendant's sentencing, until sometime after May 30, 2002, convenient with the Court's schedule.

I HEREBY CERTIFY that a copy of the foregoing was furnished, by mail, to Ed Ryan, Assistant US Attorney, 500 East Broward Blvd., 7th Floor, Fort Lauderdale FL 33306-1704 and to Tracy Webb, US Probation, 299 East Broward Blvd., #409, Fort Lauderdale FL 33301 this 8th day of May, 2002.

Respectfully submitted,

ANA M. JHONES
Attorney at Law
Bayside Plaza Building, Suite 625
330 Biscayne Boulevard
Miami FL 33132
(305) 374-4919 Dade Phone
(305) 374-3414 Dade Fax
(954) 537-5565 Broward Phone
(954) 568-1870 Broward Fax

BY: _____
Florida Bar #771170