```
 1
 2
 3            IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF FLORIDA
 4
 5   UNITED STATES OF AMERICA,  )
                                )
 6            Plaintiff,        )
                                )
 7   vs.                        )
                                )
 8   RAY ADDERLY,               )   CASE NUMBER:
                                )   00-6008-CR-NCR
 9                              )
              Defendant.        )
10                              )
11
12        Transcript of proceedings before the Honorable Norman C.
13   Roettger, United States District Judge, at Fort Lauderdale,
14   Florida, on the 20th day of March, 2000.
15
16
17   APPEARANCES OF COUNSEL:
        For the United States:       EDWARD RYAN, AUSA
18                                   Fort Lauderdale, Florida
19      For the Defendant:           ANA M. JHONES, ESQ.
                                     Miami, Florida
20
21      Court Reporter:              Jerald J. Reeves, RPR
22      Proceedings recorded by mechanical stenography.
23      Transcription produced by computer.
24
25

            OFFICIAL REPORTER UNITED STATES DISTRICT COURT
```



# NOT

# SCANNED

PLEASE REFER TO COURT FILE