```
                IN THE UNITED STATES DISTRICT COURT
                FOR THE SOUTHERN DISTRICT OF FLORIDA


UNITED STATES OF AMERICA,     )
                              )
         Plaintiff,           )
                              )
vs.                           )
                              )
RAY ADDERLY,                  )    CASE NUMBER:
                              )    00-6008-CR-NCR
                              )
         Defendant.           )
                              )
```

     Transcript of change of plea proceedings before the
Honorable Norman C. Roettger, United States District Judge, at
Fort Lauderdale, Florida, on the 22nd day of January, 2002.


APPEARANCES OF COUNSEL:

   For the United States:        EDWARD RYAN, AUSA
                                 Fort Lauderdale, Florida

   For the Defendant:            ANA M. JHONES, ESQ.
                                 Miami, Florida


   Court Reporter:               Jerald J. Reeves, RPR

   Proceedings recorded by mechanical stenography.

   Transcription produced by computer.


OFFICIAL REPORTER UNITED STATES DISTRICT COURT

# NOT

# SCANNED

PLEASE REFER TO COURT FILE