UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6008-CR-ROETTGER

UNITED STATES OF AMERICA,

      Plaintiff,

v.

RAY ADDERLY,

      Defendant.
_____



## CERTIFICATION FOR TRANSFER

THIS CAUSE is before the Court upon the instructions of Administrative Order 2002-12 issued by William J. Zloch, Chief United States District Judge. The undersigned has reviewed the file in this cause and hereby certifies that all pending referred dispositive motions and all pending pretrial non-dispositive motions whereby she has been given the "Copy for Judge" have been ruled upon. Attached hereto is a report of the pending motions in this cause that the undersigned has not received, referred or otherwise. This is case is ready to be transferred to Barry S. Seltzer, United States Magistrate Judge.

      DONE AND SUBMITTED at Fort Lauderdale, Florida, this 5th day of June, 2002.

                                          _____
                                          LURANA S. SNOW
                                          UNITED STATES MAGISTRATE JUDGE

Copies to:
Norman C. Roettger, Jr., Senior United State District Judge
Barry S. Seltzer, United States Magistrate Judge
AUSA Edward Ryan (MIA)
Ana Maria Jhones, Esq.

44

```
(As of May 31 20:50)                                          Page   1
          UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF FLORIDA

                    Motions for case: 0:00-cr-06008
                                Defendant 0
                    Case Presider: Roettger, Norman C.

  ****************************************************************

  0:00cr06008 USA v. Adderly
              Case filed/reopened: 01/13/00          Clerk: mh

  As to dft (1):  Adderly, Ray
    Doc  # 39  to continue sentencing
    Part #  1  Filed:    03/20/02

  By dft (1):  Adderly, Ray
    Doc  # 16  to extend time to file objections to Pretrial
    Part #  1  Detention Order
               Filed:    01/31/00

    Doc  # 23  For Investigative Costs
    Part #  1  Filed:    03/08/00

    Doc  # 36  for issuance of duplicate cost vouchers
    Part #  1  Filed:    10/10/01

    Doc  # 41  to extend time to file exceptions to PSI and
    Part #  1  Request for continuance of sentencing
               Filed:    05/08/02

  By pla (99999):  USA,
    Doc  # 39  to continue sentencing
    Part #  1  Filed:    03/20/02
```