```
                              UNITED STATES DISTRICT COURT
                              SOUTHERN DISTRICT OF FLORIDA

                              CASE NO: 00-6008-CR-ROETTGER
UNITED STATES OF AMERICA

v

RAY ADDERLY                                          NOTICE
```


_____/

   TAKE NOTICE That a proceeding in this case has been set for
<u>FRIDAY June 21, 2002 at 10:00 A.M.</u> at the U.S. District Courthouse,
299 East Broward Blvd. Courtroom 205-B, Ft. Lauderdale, Florida.

TYPE OF PROCEEDING:

        SENTENCING


                    CLARENCE MADDOX, CLERK

DATED: 6/3/02

                    BY: _____
                              Deputy Clerk

