|  |  |
|---|---|
| UNITED STATES OF AMERICA, | UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF FLORIDA |
| Plaintiff, | Case No.:00-6008-CR-ROETTGER |
| v. | ORDER |
| RAY ADDERLY, |  |
| _____Defendant._____/ |  |



**THIS CAUSE** is before the Court on Defendant's motion to continue sentencing presently set for Friday, June 21, 2002. Upon consideration of the motion and the record in this cause, it is

**ORDERED AND ADJUDGED** that Defendant's motion to continue sentencing is hereby **DENIED**.

**DONE AND ORDERED** this 17 day of June, 2002.

_____
NORMAN C. ROETTGER
UNITED STATES DISTRICT COURT JUDGE

cc: counsel of record

