UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6008-CR-ROETTGER

UNITED STATES OF AMERICA

v.

RAY ADDERLY,
         Defendant.
_____ /

FILED by ____ D.C.
INTAKE
JUN 20 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. • FT. LAUD.

## GOVERNMENT'S MOTION FOR REDUCTION OF SENTENCE PURSUANT TO SECTION 5K1.1

The United States of America, by and through undersigned counsel, hereby moves this Court pursuant to Title 18, United States Code, Section 3553(e) and 5K1.1 of the Sentencing Guidelines to depart downward from the guidelines sentence, as calculated by the U. S. Probation Office, at the time of sentencing for defendant Ray Adderly and, in support thereof, states as follows:

    1. In the judgment of the United States, defendant Ray Adderly has provided substantial assistance in the investigation and prosecution of other persons who have committed offenses against the United States.

    2. Defendant Ray Adderly has made a full and complete disclosure to the U. S. Probation Office of the circumstances surrounding his commission of the offense.

3.  The defendant has cooperated fully with the Office of the United States Attorney for the Southern District of Florida and the Drug Enforcement Agency.

4.  The United States will advise the Court at the time of sentencing as to the nature and extent of the defendant's cooperation while taking into consideration the nature and extent of his involvement in the offense.

WHEREFORE, the United States respectfully requests that the above named defendant's cooperation warrants a departure downward by the Court at the time of sentencing.

                        Respectfully submitted,

                        GUY A. LEWIS
                        UNITED STATES ATTORNEY

By: _____
     EDWARD R. RYAN
     ASSISTANT UNITED STATES ATTORNEY
     Court Number A5500053
     500 E. Broward Blvd., Suite 700
     Ft. Lauderdale, Florida  33394
     Telephone (954) 356-7255
     Facsimile (954) 356-7336

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this __20__ day of June, 2002, to: Ana M. Jhones 330 Biscayne Blvd., Suite 625 Miami, FL. 33132.

By: _____
EDWARD R. RYAN
ASSISTANT UNITED STATES ATTORNEY