IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case Number: 00-6008-CR-ROETTGER

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

RAY ADDERLY,

    Defendant,
_____/

### DEFENDANT'S NOTICE WITHDRAWAL
### OF REQUEST FOR DOWNWARD DEPARTURE
### UNDER §4A1.3 OF THE U.S.S.G.'S

COMES NOW, the Defendant, Ray Adderly, who most respectfully, hereby files this Notice of Withdrawal of Request For Downward Departure Under §4A1.3 of the United States Sentencing Guidelines.

I HEREBY CERTIFY that a copy of the foregoing was furnished, by FAX and US Mail, to Edward Ryan, Assistant US Attorney, 500 East Broward Blvd, 7th Floor, Ft. Lauderdale, Florida, 33394, and to Tracey Webb, United States Probation Officer, U.S. Probation, 299 East Broward Boulevard, Room 409, Fort Lauderdale, FL 33301-1168 33101-9120, this _____ day of June, 2002.

                                                Respectfully submitted,

1

ANA M. JHONES
Attorney at Law
Bayside Plaza
Suite 625
330 Biscayne Boulevard
Miami, FL 33132
Telephone: (305) 374-4919 Dade
Facsimile: (305) 374-3414

BY: _____
   Florida Bar #771170