

**HONORABLE NORMAN C. ROETTGER**
**United States District Court**
**Southern District of Florida**

## COURT MINUTES

Case No.: _00-6008-CR-NCR_ Date: _6/21/02_

Courtroom Clerk: _P. Hart_  Court Reporter: _Reeves_

Probation Officer: _present_  Interpreter: _____

Plaintiff(s): _U.S.A._  Counsel: _Byer_

Defendant(s): _B. Adderly (J)_  Counsel: _A. Gromes_

Reason For Hearing: _sentencing_

Result of Hearing/Judgment: _Mot 5K1.1 - Granted._
_No fine, 160 mos, 100 mos Ct#1, 160 mos_
_Ct# 03, 160 to run concur, 4 yrs_
_S.R., assessed $200.00, N substance_
_abuse, Full-time employ_
_search & seizure, Recom. South Fl_

Misc.: _500 hr BOP_