| | |
|---|---|
| UNITED STATES OF AMERICA, | UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF FLORIDA |
| Plaintiff, | Case No.:00-6008-CR-ROETTGER |
| v. | |
| RAY ADDERLY, | **ORDER** |
| Defendant._____/ | |



FILED by _____ D.C.

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

**THIS CAUSE** is before the Court on Government's motion to continue sentencing presently set for Friday, April 5, 2002. Upon consideration of the motion and the record in this cause, it is

**ORDERED AND ADJUDGED** that the Government's motion to continue sentencing is hereby **GRANTED**. Sentencing will be re-noticed.

**DONE AND ORDERED** this **26** day of **June**, 2002.

_____
NORMAN C. ROETTGER
UNITED STATES DISTRICT COURT JUDGE

cc: counsel of record

