IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case Number: 00-6008-CR-Roettger

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

RAY ADDERLY,

    Defendant.
_____/

### DEFENDANT'S MOTION TO SEAL

COMES NOW the Defendant, Ray Adderly, by and through undersigned counsel, who requests this Honorable Court enter an Order sealing the Defendant's Motion to Stay Removal, as the motion contains information that should not be made part of the public record. The undersigned will notify the Court when the reason for the sealing has concluded, so the said motion may be unsealed at that time.

I HEREBY CERTIFY that a copy of the foregoing was furnished, by mail, to Ed Ryan, Assistant US Attorney, 99 NE 4 Street, Miami, FL 33132 this _17_ day of July, 2002.



Respectfully submitted,

ANA M. JHONES
Attorney at Law
Bayside Plaza Building, Suite 625
330 Biscayne Boulevard
Miami FL 33132
(305) 374-4919 Dade Phone
(305) 374-3414 Dade Fax
(954) 537-5565 Broward Phone
(954) 568-1870 Broward Fax

BY: _____
FOR: ANA M. JHONES
Florida Bar #771170