IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

FILED by _____ D.C.
INTAKE
JUL 24 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. • FT. LAUD.

Case Number: 00-6008-CR-Roettger

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

RAY ADDERLY,

    Defendant.
_____/

## NOTICE OF GOVERNMENT'S POSITION
## CONCERNING DEFENDANT'S REQUEST FOR A STAY
## OF HIS REMOVAL FROM THE JURISDICTION

    COMES NOW the Defendant, Ray Adderly, by and through undersigned counsel, who states that on July 23, 2002, undersigned counsel's office spoke with Ed Ryan, the Assistant US Attorney assigned to this matter, who stated that he has no objection to the Defendant's Request for a Stay of Removal from the jurisdiction.

    I HEREBY CERTIFY that a copy of the foregoing was furnished, by mail, to Ed Ryan, Assistant US Attorney, 99 NE 4 Street, Miami, FL 33132 this 23rd day of July, 2002.



Respectfully submitted,

ANA M. JHONES
Attorney at Law
Bayside Plaza Building, Suite 625
330 Biscayne Boulevard
Miami FL 33132
(305) 374-4919 Dade Phone
(305) 374-3414 Dade Fax
(954) 537-5565 Broward Phone
(954) 568-1870 Broward Fax

BY: _____
FOR: Ana M. Jhones
Florida Bar #771170