USDC FLSD 245B (Rev. 3/01) - Judgment in a Criminal Case                                    Page 2 of 6

DEFENDANT: RAY ADDERLY
CASE NUMBER: 00-6008-CR-ROETTGER-1

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **160 Months**. 160 months as to Count 1 and 160 months as to Count 3 to run concurrently with each other.

The Court recommends to the Bureau of Prisons:

South Florida. 500 hour B.O.P. Drug Treatment Program

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on  7/26/02  to  FCC COP

at  Coleman, FL  , with a certified copy of this judgment.

Donald A McKelvy, Warden
~~UNITED STATES MARSHAL~~

By: _____ LIE
    ~~Deputy U.S. Marshal~~