IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case Number: 00-6008-CR-Roettger

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

RAY ADDERLY,

    Defendant.
_____/



## NOTICE OF CHANGE OF ADDRESS
## OF DEFENDANT'S COUNSEL

COMES NOW Ana M. Jhones, as Counsel to the Defendant, who hereby gives Notice of a change of her office address, telephone number and fax number, effective Monday, August 19, 2002, as follows:

Ana M. Jhones, P.A.
The Miracle Building, Suite 235
220 Miracle Mile
Coral Gables FL 33134
Telephone Number : (305) 461-0700
Fax Number: (305) 461-0041

Please forward all further documents to the address above, effective immediately.

I HEREBY CERTIFY that a copy of the foregoing was furnished, by mail, to Ed Ryan, Assistant US Attorney, 99 NE 4 Street, Miami FL 33132, and to Ray Adderly, Reg. No.: 55151-004, USP-Coleman, PO Box 1033, Coleman, FL 33521 this 16th day of August, 2002.



Respectfully submitted,

ANA M. JHONES
Attorney at Law
220 Miracle Mile, Suite 235
Coral Gables FL 33134
Telephone:   (305) 461-0700
Fax Number: (305) 461-0041

BY: _____
    FOR: Ana M. Jhones
    Florida Bar #771170