UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6008-CR-ROETTGER

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

RAY ADDERLY,

    Defendant.

_____/

### DEFENDANT, RAY ADDERLY'S, REQUEST FOR APPROVAL OF VOUCHER (CJA 21) SUBMITTED BY INVESTIGATOR

COMES NOW the Ana M. Jhones, as counsel to Defendant, RAY ADDERLY, who hereby moves this Court, pursuant to the Criminal Justice Act Title 18 U.S.C. 3006A for approval the CJA 21 voucher submitted by the investigator on this matter. In support of this request

1) That during the course of this case undersigned counsel had submitted a request for approval of funds for an investigator to exceed the statutory cap of $ 300.00.

2) That on July 7, 2001 this Honorable Court approved a cap of $ 600.00. Attached hereto and marked as **Exhibit "A"** is a copy of the voucher signed by this court evidencing the approval of the $ 600.00.

3) That on June 2002 after this matter came to an end investigator Lisa McDermott



submitted her voucher which included her time as well as the expenses incurred to date on this case. Attached hereto and marked as **Exhibit "B"** is the CJA 21 and attachments prepared by the offices of McDermott Investigations. The amount of funds requested are $ 1,236.68. Thus, approval of an additional $ 636.68 is herein being requested.

4) That a great deal of time was dedicated by the investigator in researching the background of the confidential informant in this matter. Additionally, the Defendant had an extensive criminal history that dated back to the early 1990's.

WHEREFORE, based on the foregoing undersigned counsel most respectfully requests that this Honorable Court enter an order approving the amount of $ 1,236.68.

I HEREBY CERTIFY that a copy of the foregoing was provided by US mail on this /S<u>th</u> day to Edward Ryan, Assistant US Attorney, 500 East Broward Boulevard, 7th Floor, Fort Lauderdale FL 33301.

Respectfully submitted,

ANA M. JHONES
Attorney at Law
The Miracle Building, Suite 235
220 Miracle Mile
Miami, FL 33143
Telephone: (305) 461-0700
Facsimile: (305) 461-0041

BY:_____
Florida Bar #771170

# AUTHORIZATION AND VOUCHER FOR EXPERT AND OTHER SERVICES

| 1. JURISDICTION | 2. MAG. DOCKET NO. | VOUCHER NO. |
|---|---|---|
| 1 ☐ MAGISTRATE  2 ☐ DISTRICT  3 ☐ APPEALS  4 ☐ OTHER | | 0427804 |

| 3. DISTRICT DOCKET NO. | 4. APPEALS DOCKET NO. | 5. FOR (DISTRICT/CIRCUIT) | 6. LOC. CODE | 7. CASE CODE |
|---|---|---|---|---|
| 00-6008-CR-ROETTGER | | Southern District of FL | FLSMI | |

| 7A. CHARGE/OFFENSE (U.S. or other code citation) | 8. IN THE CASE OF |
|---|---|
| | USA vs. RAY ADDERLY |

| 9. PERSON REPRESENTED (FULL NAME) | 11. PROCEEDINGS FOR WHICH SERVICES ARE REQUESTED (DESCRIBE BRIEFLY) |
|---|---|
| RAY ADDERLY | Sentencing preparation |

**10. PERSON REPRESENTED (STATUS)**
1 ☒ DEFENDANT – ADULT    3 ☐ APPELLANT    5 ☐ OTHER
2 ☐ DEFENDANT – JUVENILE  4 ☐ APPELLEE

**12. TYPE OF SERVICES REQUESTED**
1 ☒ INVESTIGATOR  5 ☐ POLYGRAPH  9 ☐ CALR
2 ☐ INTERPRETER   6 ☐ DOCUMENTS  10 ☐ CHEMIST
3 ☐ PSYCHOLOGIST  7 ☐ FINGERPRINT 11 ☐ BALLISTICS
4 ☐ PSYCHIATRIST  8 ☐ ACCOUNTANT  12 ☐ OTHER

**13. SERVICES TO BE PROVIDED BY** (Name, organization, address, area code, telephone no.)

McDermott Investigations
328 Banyan Blvd. Suite F
West Palm Beach, FL 33401

**14. DESCRIPTION OF AND JUSTIFICATION FOR SERVICES.** Use additional sheets if necessary. (If requesting psychiatrist or psychologist see instructions for item 14.)
Assit attorney in researching prior criminal history for purposes of sentencing (See attached supplemental moriton and original motion)

**15. ATTORNEY'S STATEMENT**
As the attorney for the person represented who is named above, I hereby affirm that the services requested are necessary for adequate representation. I hereby request
☐ Authorization to obtain the service or
☐ Approval of services already obtained to be paid for by the United States pursuant to the Criminal Justice Act. (Note: Prior authorization should be obtained for services in excess of $300.)

SIGNATURE OF ATTORNEY ▶ [signature]    DATE ▶ 6-19-01
TELEPHONE NO. (305) 374-4919
1 ☐ FPD  2 ☒ PANEL ATTORNEY  3 ☐ RETAINED ATTY.  4 ☐ PRO-SE

**16. ESTIMATED COMPENSATION** (Describe basis, i.e. hourly or daily rate or fixed fee)
$ 40.00 (Cap $600.00)

**17. COURT ORDER**
Financial eligibility of the person represented having been established to the court's satisfaction, the authorization requested in item 15 is hereby granted.

SIGNATURE OF PRESIDING JUDICIAL OFFICER ▶ [signature Roettger]   DATE 7 Jul 01

## CLAIM FOR SERVICE

**18. ITEMIZATION OF SERVICES RENDERED AND EXPENSES INCURRED** (Include dates and duration of services and basis of compensation claimed. Attach receipts for expenses incurred. Use additional sheets if necessary.)

A. TOTAL COMPENSATION  $
B. TOTAL EXPENSES  $
C. TOTAL AMOUNT CLAIMED  $

**19. CLAIMANT'S CERTIFICATION FOR PERIOD _____ TO _____**
F ☐ FINAL PAYMENT   1 ☐ INTERIM PAYMENT NO. _____
I hereby certify that the above claim is correct and that I have NOT claimed or received payment from any other source for the services rendered and claimed on this voucher.

SIGNATURE OF CLAIMANT ▶ _____    DATE ▶ _____

**20. CERTIFICATION OF ATTORNEY**
I hereby certify that these services were rendered.

ATTORNEY'S SIGNATURE ▶ _____    DATE ▶ _____

## APPROVED FOR PAYMENT

**21(a).** Either the cost of these services does not exceed $300, or prior authorization was obtained.
SIGNATURE OF PRESIDING JUDICIAL OFFICER ▶ _____  DATE ▶ _____  JUDGE/MAG. CODE ▶ _____

**21(b).** Prior authorization was not obtained, but in the interest of justice the court finds that timely procurement of these necessary services could not await prior authorization, even though the cost exceeds $300.
SIGNATURE OF PRESIDING JUDICIAL OFFICER ▶ _____  DATE ▶ _____  JUDGE/MAG. CODE ▶ _____

**21(c).** Services procured in accordance with Federal public defender general budget authority.
SIGNATURE OF FEDERAL PUBLIC DEFENDER ▶ _____  DATE ▶ _____

**22. AMOUNT APPROVED/CERT.**
A. COMPENSATION  $
B. EXPENSES  $
C. TOTAL AMOUNT APPROVED/CERTIFIED  $

**23.** Excess payment approved under 18 U.S.C. 3006A(e)(3)
SIGNATURE OF CHIEF JUDGE, CT. OF APPEALS (OR DELEGATE) ▶ _____  DATE ▶ _____

**24. TOTAL APPROVED**  $

| 25. NAME OF PAYEE | 26. PAYEE'S ADDRESS (Include city, state & zip code) |
|---|---|
| | |

| 27. PAYEE'S SOC. SEC. NO. OR EMPLOYER ID NO. | 28. ATTORNEY'S NAME AND ADDRESS (Include city, state, & zip code) |
|---|---|
| | |

**EXHIBIT A**



**McDermott Investigations, Inc.**

328 Banyan Blvd., Suite F, West Palm Beach, FL 33401
Phone: 561-833-5005 • License # A96 00267

May 25, 2002

Ana Jhones, Esquire
330 Biscayne Blvd.
Suite 625
Miami, FL 33132

<u>*Re: USA vs Ray Adderly*</u>
<u>*CASE NUMBER 00-6008-CR-Roettger*</u>

## STATEMENT

| Date | Description | Hours/Miles |
|---|---|---|
| 10/26/01 | Conference with Attorney | 1.0/ 80 Miles |
| 11/12/01 | Computer Research | 1.0 |
| 11/16/01 | Computer: Background on Witness | 1.5 |
| 11/16/01 | TC to Attorney | .1 |
| 11/19/01 | TC with Attorney | .2 |
| 11/20/01 | Case Research | .8 |
| 11/26/01 | ~~Research Broward Court House~~ | 1.0 |
| 11/27/01 | R & R of Documents | .2 |
| 12/03/01 | Obtain deposition on ~~Criminal~~ files | 1.8 |
| 12/10/01 | R & R of Records | .3 |
| 12/10/01 | Prep of Report ~~to Attorney~~ | .2 |
| 12/11/01 | R & R of Records & Prep of report to Attorney | 2.5 |

**EXHIBIT B**

Ana Jhones
May 25, 2002
*Re: USA vs. Ray Adderly*
page 2

| Date | Description | Hours |
|---|---|---|
| 01/03/02 | R & R of Letter from Attorney | .1 |
| 01/03/02 | Review of Records | .2 |
| 01/04/02 | R & R of Documents & order additional Federal documents | .5 |
| 01/18/02 | Case research | 1.2 |
| 01/22/02 | TC to Attorney | .1 |
| 02/19/02 | R & R of letter from Atty | .1 |
| 02/20/02 | Computer Research, TC's etc Re: Backgrounds Prep of Memos Request etc. | 2.0 |
| 02/20/02 | TC's with Attorneys office | .2 |
| 02/21/02 | TC's & Fax to Investigator | .5 |
| 02/21/02 | TC's to Family | .2 |
| 02/21/02 | Computer Research Re: Locate Father | .5 |
| 02/22/02 | Travel to Broward County Courthouse Research case histories and travel to archives | 2.5 |
| 02/27/02 | TC's with Investigator, Research Broward | 1.0 |
| 02/28/02 | Prep of Mailing, TC to Witness | .4 |
| 03/01/02 | TC's with Investigator, Research Broward Review of Letter from Broward S.O. | 2.3 |
| 03/04/02 | TC with Attorney | .1 |

Ana Jhones
May 25, 2002
*Re:USA vs Ray Adderly*
page 3

**Investigations:**

    24.6 Hours @ $40.00 Per Hour:        $984.00

**Investigation Costs:**

| | |
|---|---:|
| Phone Charges: | $ 4.34 |
| Federal Express: | 11.25 |
| Mileage: 80 x .31 | 24.50 |
| Certified Copies | 44.00 |
| Computer Research | 168.59 |
| Sub Total: | $252.68 |
| Total Amount Due: | $1236.68 |

*Thank You!*

**CJA 21 AUTHORIZATION AND VOUCHER FOR EXPERT AND OTHER SERVICES (12-96)**

| 1. CIR./DIST./ DIV. CODE | 2. PERSON REPRESENTED | | VOUCHER NUMBER |
|---|---|---|---|
| SOUTHERN | RAY ADDERLY | | |

| 3. MAG. DKT/DEF. NUMBER | 4. DIST DKT/DEF. NUMBER | 5. APPEALS DKT/DEF. NUMBER | 6. OTHER DKT NUMBER |
|---|---|---|---|
| | 00-6008-CR-Roettger | | |

| 7. IN CASE/MATTER OF (Case Name) | 8. PAYMENT CATEGORY | 9. TYPE PERSON REPRESENTED | 10. REPRESENTATION TYPE (See Instructions) |
|---|---|---|---|
| USA vs RAY ADDERLY | ☐ Felony ☐ Petty Offense<br>☐ Misdemeanor ☐ Other<br>☐ Appeal | ☒ Adult Defendant ☐ Appellant<br>☐ Juvenile Defendant ☐ Appellee<br>☐ Other: | |

11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) If more than one offense, list (up to five) major offenses charged, according to severity of offense.

### REQUEST AND AUTHORIZATION FOR EXPERT SERVICES

**12. ATTORNEY'S STATEMENT**
As the attorney for the person represented who is named above, I hereby affirm that the services requested are necessary for adequate representation. I hereby request:
☐ Authorization to obtain the service. Estimated Compensation and Expenses: $ _____ OR
☐ Approval of services already obtained to be paid for by the United States pursuant to the Criminal Justice Act. (Note: Prior authorization should be obtained for services in excess of $300, excluding expenses)

Signature of Attorney _____ Date _____
☐ Panel Attorney ☐ Retained Attorney ☐ Pro-Se ☐ Legal Organization

ATTORNEY'S NAME (First Name, M.I., Last Name, including any suffix), AND MAILING ADDRESS

ANA JHONES, P.A. BAYSIDE PLAZA SUITE 625, MIAMI, FL 33132
Telephone Number: 1-305-374-4919

**13. DESCRIPTION OF AND JUSTIFICATION FOR SERVICES** (See Instructions)

INVESTIGATION

**14. TYPE OF SERVICE PROVIDER**
- 01 ☒ Investigator
- 02 ☐ Interpreter/Translator
- 03 ☐ Psychologist
- 04 ☐ Psychiatrist
- 05 ☐ Polygraph
- 06 ☐ Documents Examiner
- 07 ☐ Fingerprint Analyst
- 08 ☐ Accountant
- 09 ☐ CALR (Westlaw/Lexis, etc.)
- 10 ☐ Chemist/Toxicologist
- 11 ☐ Ballistics
- 13 ☐ Weapons/Firearms/Explosive Expert
- 14 ☐ Pathologist/Medical Examiner
- 15 ☐ Other Medical
- 16 ☐ Voice/Audio Analyst
- 17 ☐ Hair/Fiber Expert
- 18 ☐ Computer (Hardware/Software/Systems)
- 19 ☐ Paralegal Services
- 20 ☐ Legal Analyst/Consultant
- 21 ☐ Jury Consultant
- 22 ☐ Mitigation Specialist
- 23 ☐ Duplication Services (See Instructions)
- 24 ☐ Other (Specify)

**15. COURT ORDER**
Financial eligibility of the person represented having been established to the Court's satisfaction, the authorization requested in Item 12 is hereby granted.

Signature of Presiding Judicial Officer or By Order of the Court _____
Date of Order _____ Nunc Pro Tunc Date _____
Repayment or partial repayment ordered from the person represented for this service at time of authorization.
☐ YES ☐ NO

### CLAIM FOR SERVICES AND EXPENSES | FOR COURT USE ONLY

| 16. SERVICES AND EXPENSES (Attach itemization of services with dates) | AMOUNT CLAIMED | MATH/TECHNICAL ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|
| a. Compensation | $ 984.00 | | |
| b. Travel Expenses (lodging, parking, meals, mileage, etc.) | 24.50 | | |
| c. Other Expenses | 228.18 | | |
| **GRAND TOTALS (CLAIMED AND ADJUSTED):** | $ 1,236.68 | | |

**17. PAYEE'S NAME** (First Name, M.I., Last Name, including any suffix), AND MAILING ADDRESS

McDermott Investigations,
328 Banyon Blvd. Suite F
WestPalm Beach, FL 33401

TIN: 65-0709110
Telephone Number: 1-561-833-5005

CLAIMANT'S CERTIFICATION FOR PERIOD OF SERVICE FROM 10/26/01 TO 03/04/02

CLAIM STATUS ☒ Final Payment ☐ Interim Payment Number _____ ☐ Supplemental Payment

I hereby certify that the above claim is for services rendered and is correct, and that I have not sought or received payment (compensation or anything of value) from any other source for these services.

Signature of Claimant/Payee _____ Date 6/07/02

**18. CERTIFICATION OF ATTORNEY** I hereby certify that the services were rendered for this case.

Signature of Attorney _____ Date _____

### APPROVED FOR PAYMENT - COURT USE ONLY

| 19. TOTAL COMPENSATION | 20. TRAVEL EXPENSES | 21. OTHER EXPENSES | 22. TOTAL AMOUNT APPROVED/CERTIFIED |
|---|---|---|---|
| | | | |

23. ☐ Either the cost (excluding expenses) of these services does not exceed $300, or prior authorization was obtained.
☐ Prior authorization was not obtained, but in the interest of justice the Court finds that timely procurement of these necessary services could not await prior authorization, even though the cost (excluding expenses) exceeds $300.

Signature of Presiding Judicial Officer _____ Date _____ Judge/Mag. Judge Code _____

| 24. TOTAL COMPENSATION | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | 27. TOTAL AMOUNT APPROVED |
|---|---|---|---|
| | | | |

28. PAYMENT APPROVED IN EXCESS OF THE STATUTORY THRESHOLD UNDER 18 U.S.C. § 3006A(e)(3)

Signature of Chief Judge, Court of Appeals (or Delegate) _____ Date _____ Judge Code _____

| Account Number | | Payment Due Date | | | |
|---|---|---|---|---|---|
| 030 293 8410 001 | MAR 4, 2002 | APR 4, 2002 |  AT&T | | MCXDERMOTT INVSTGNS INC<br>328 BANYAN BLVD STE F<br>WEST PALM B  FL  33401-4604<br>REF # 561 833 5005 |
| Subaccount: | 015 405 1481 002 | | | | |

## AT&T All in One Service
## Call Detail

| ITEM | DATE | TIME (hh:mm:ss) | PLACE | AREA CODE/ NUMBER | DURATION (hh:mm:ss) | CALL TYPE | RATE PERIOD | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| LONG DISTANCE SERVICE | | | | | | | | |
| PRIMARY ACCOUNT CODE: 25 | | | | | | | | |
| 1 | 2/06/02 | 11:29:17A | TO NEW YORK | NY 212 788-9600 | 1:06 | DDC | MFLAT | 0.08 |
| | | | TOTAL FOR PRIMARY ACCOUNT CODE | | | 25 | | $0.08 |
| PRIMARY ACCOUNT CODE: 40 | | | | | | | | |
| 2 | 2/20/02 | 4:17:14P | TO DELRAY BCH | FL 561 638-2100 | 11:34 | DDC | MFLAT | 1.04 |
| | | | TOTAL FOR PRIMARY ACCOUNT CODE | | | 40 | | $1.04 |
| PRIMARY ACCOUNT CODE: 46 | | | | | | | | |
| 3 | 2/04/02 | 4:12:20P | TO LAS VEGAS | NV 702 455-4685 | 1:00 | DDC | MFLAT | 0.08 |
| 4 | 2/04/02 | 4:12:45P | TO LAS VEGAS | NV 702 455-4711 | 1:00 | DDC | MFLAT | 0.08 |
| 5 | 2/04/02 | 4:15:38P | TO LAS VEGAS | NV 702 455-4685 | 2:57 | DDC | MFLAT | 0.22 |
| | | | TOTAL FOR PRIMARY ACCOUNT CODE | | | 46 | | $0.38 |
| PRIMARY ACCOUNT CODE: 50 | | | | | | | | |
| 6 | 2/08/02 | 12:36:57P | TO BELLEGLADE | FL 561 996-9179 | 1:00 | DDC | MFLAT | 0.09 |
| | | | TOTAL FOR PRIMARY ACCOUNT CODE | | | 50 | | $0.09 |
| PRIMARY ACCOUNT CODE: 56  *Ray Adderly* | | | | | | | | |
| 7 | 2/20/02 | 12:15:21P | TO FTLAUDERDL | FL 954 831-5905 | 12:19 | DDC | MFLAT | 1.11 |
| 8 | 2/20/02 | 12:33:38P | TO MIAMI | FL 305 374-4919 | 3:37 | DDC | MFLAT | 0.33 |
| 9 | 2/20/02 | 1:57:45P | TO FTLAUDERDL | FL 954 831-5734 | 1:20 | DDC | MFLAT | 0.12 |
| 10 | 2/20/02 | 2:59:05P | TO MIAMI | FL 305 374-4919 | 2:10 | DDC | MFLAT | 0.20 |
| 11 | 2/21/02 | 10:53:45A | TO NORTH DADE | FL 305 965-3866 | 4:47 | DDC | MFLAT | 0.43 |
| 12 | 2/21/02 | 11:32:37A | TO MIAMI | FL 305 374-4919 | 2:48 | DDC | MFLAT | 0.25 |
| 13 | 2/21/02 | 11:35:52A | TO FTLAUDERDL | FL 954 587-3306 | 1:47 | DDC | MFLAT | 0.16 |
| 14 | 2/21/02 | 12:47:05P | TO FTLAUDERDL | FL 954 486-5611 | 1:13 | DDC | MFLAT | 0.11 |
| 15 | 2/21/02 | 1:41:02P | TO FTLAUDERDL | FL 954 831-5734 | 1:13 | DDC | MFLAT | 0.11 |
| 16 | 2/21/02 | 2:37:19P | TO FTLAUDERDL | FL 954 486-5611 | 1:00 | DDC | MFLAT | 0.09 |
| 17 | 2/27/02 | 12:42:17P | TO NORTH DADE | FL 305 965-3866 | 3:30 | DDC | MFLAT | 0.32 |
| 18 | 2/28/02 | 12:25:29P | TO MIAMI | FL 305 374-4919 | 3:07 | DDC | MFLAT | 0.28 |
| 19 | 2/28/02 | 12:49:39P | TO NORTH DADE | FL 305 965-3866 | 1:00 | DDC | MFLAT | 0.09 |
| 20 | 3/01/02 | 11:24:58A | TO NORTH DADE | FL 305 965-3866 | 4:07 | DDC | MFLAT | 0.37 |
| | | | TOTAL FOR PRIMARY ACCOUNT CODE | | | 56 | | $3.97 |
| PRIMARY ACCOUNT CODE: 62 | | | | | | | | |
| 21 | 2/11/02 | 2:51:19P | TO DELRAY BCH | FL 561 716-0686 | 1:13 | DDC | MFLAT | 0.11 |
| | | | TOTAL FOR PRIMARY ACCOUNT CODE | | | 62 | | $0.11 |

| Account Number | Date | Payment Due Date | | |
|---|---|---|---|---|
| 030 293 8410 001 | FEB 4, 2002 | MAR 4, 2002 |  AT&T | MCMDERMOTT INVSTGNS INC<br>328 BANYAN BLVD STE F<br>WEST PALM B  FL  33401-4604<br>REF # 561 833 5005 |
| Subaccount: 015 405 1481 002 | | | | |

## AT&T All in One Service
## Call Detail

| ITEM | DATE | TIME (hh:mm:ss) | PLACE | AREA CODE/NUMBER | DURATION (hh:mm:ss) | CALL TYPE | RATE PERIOD | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| LONG DISTANCE SERVICE | | | | | | | | |
| PRIMARY ACCOUNT CODE: 39 | | | | | | | | |
| 1 | 2/01/02 | 4:37:50P | TO FORTPIERCE | FL 561 464-1404 | 1:00 | DDC | MFLAT | 0.09 |
| 2 | 2/01/02 | 4:50:44P | TO AUSTIN | TX 512 343-2793 | 1:00 | DDC | MFLAT | 0.08 |
| 3 | 2/01/02 | 4:52:30P | TO DELRAY BCH | FL 561 265-1706 | 1:00 | DDC | MFLAT | 0.09 |
| 4 | 2/01/02 | 5:00:06P | TO DELRAY BCH | FL 561 265-1706 | 1:00 | DDC | MFLAT | 0.09 |
| 5 | 2/01/02 | 5:01:12P | TO AUSTIN | TX 512 343-2793 | 1:00 | DDC | MFLAT | 0.08 |
| 6 | 2/01/02 | 5:03:00P | TO AUSTIN | TX 512 476-9712 | 1:00 | DDC | MFLAT | 0.08 |
| | | TOTAL FOR PRIMARY ACCOUNT CODE | | | | 39 | | $0.51 |
| PRIMARY ACCOUNT CODE: 40 | | | | | | | | |
| 7 | 1/10/02 | 4:28:03P | TO DELRAY BCH | FL 561 276-3474 | 12:52 | DDC | MFLAT | 1.16 |
| | | TOTAL FOR PRIMARY ACCOUNT CODE | | | | 40 | | $1.16 |
| PRIMARY ACCOUNT CODE: 45 | | | | | | | | |
| 8 | 1/09/02 | 4:03:58P | TO KEY LARGO | FL 305 853-3211 | 4:20 | DDC | MFLAT | 0.39 |
| 9 | 1/09/02 | 4:37:19P | TO MIAMI | FL 305 374-4919 | 16:36 | DDC | MFLAT | 1.49 |
| | | TOTAL FOR PRIMARY ACCOUNT CODE | | | | 45 | | $1.88 |
| PRIMARY ACCOUNT CODE: 56  *Ray adderly* | | | | | | | | |
| 10 | 1/22/02 | 3:21:44P | TO MIAMI | FL 305 374-4919 | 1:00 | DDC | MFLAT | 0.09 |
| | | TOTAL FOR PRIMARY ACCOUNT CODE | | | | 56 | | $0.09 |
| PRIMARY ACCOUNT CODE: 67 | | | | | | | | |
| 11 | 1/07/02 | 1:58:21P | TO PRENTICE | WI 715 428-2953 | 1:00 | DDC | MFLAT | 0.08 |
| 12 | 1/08/02 | 11:10:23A | TO PRENTICE | WI 715 428-2870 | 1:00 | DDC | MFLAT | 0.08 |
| 13 | 1/08/02 | 11:37:37A | TO PRENTICE | WI 715 428-2953 | 1:00 | DDC | MFLAT | 0.08 |
| 14 | 1/08/02 | 11:40:08A | TO PRENTICE | WI 715 428-2555 | 1:00 | DDC | MFLAT | 0.08 |
| 15 | 1/08/02 | 11:41:23A | TO PRENTICE | WI 715 428-2777 | 1:00 | DDC | MFLAT | 0.08 |
| 16 | 1/08/02 | 11:44:03A | TO FTLAUDERDL | FL 954 746-9793 | 1:00 | DDC | MFLAT | 0.09 |
| 17 | 1/08/02 | 12:05:48P | TO PRENTICE | WI 715 428-2870 | 1:20 | DDC | MFLAT | 0.10 |
| 18 | 1/10/02 | 1:48:44P | TO PRENTICE | WI 715 428-2953 | 1:00 | DDC | MFLAT | 0.08 |
| 19 | 1/10/02 | 1:52:12P | TO PRENTICE | WI 715 428-2870 | 2:32 | DDC | MFLAT | 0.19 |
| 20 | 1/10/02 | 1:57:42P | TO FTLAUDERDL | FL 954 527-1999 | 1:58 | DDC | MFLAT | 0.18 |
| 21 | 1/10/02 | 2:36:17P | TO PRENTICE | WI 715 428-2597 | 1:00 | DDC | MFLAT | 0.08 |
| | | TOTAL FOR PRIMARY ACCOUNT CODE | | | | 67 | | $1.12 |

| Account Number | Billing Date | Payment Due Date | | |
|---|---|---|---|---|
| 030 293 8410 001 | APR 4, 2002 | MAY 4, 2002 |  AT&T | MCDERMOTT INVSTGNS INC<br>328 BANYAN BLVD STE F<br>WEST PALM B  FL  33401-4604<br>REF # 561 833 5005 |
| Subaccount: 015 405 1481 002 | | | | |

### AT&T All in One Service
### Call Detail

| ITEM | DATE | TIME (hh:mm:ss) | PLACE | AREA CODE/ NUMBER | DURATION (hh:mm:ss) | CALL TYPE | RATE PERIOD | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| LONG DISTANCE SERVICE | | | | | | | | |

LONG DISTANCE SERVICE
PRIMARY ACCOUNT CODE:  50

| 1 | 4/01/02 | 12:56:09P | TO CENTRALO | JM 876 377-3068 | 8:55 | DDC | PEAK | 6.17 |
|---|---|---|---|---|---|---|---|---|
| | | TOTAL FOR PRIMARY ACCOUNT CODE | | | 50 | | | $8.65 |

PRIMARY ACCOUNT CODE:  56   Adderly

| 2 | 3/04/02 | 10:42:34A | TO MIAMI | FL 305 374-4919 | 3:07 | DDC | MFLAT | 0.28 |
|---|---|---|---|---|---|---|---|---|
| | | TOTAL FOR PRIMARY ACCOUNT CODE | | | 56 | | | $0.28 |

PRIMARY ACCOUNT CODE:  62

| 3 | 3/13/02 | 11:33:23A | TO DELRAY BCH | FL 561 716-0686 | 1:00 | DDC | MFLAT | 0.09 |
|---|---|---|---|---|---|---|---|---|
| | | TOTAL FOR PRIMARY ACCOUNT CODE | | | 62 | | | $0.09 |

PRIMARY ACCOUNT CODE:  70

| 4 | 3/05/02 | 12:43:23P | TO DELRAY BCH | FL 561 495-0522 | 3:44 | DDC | MFLAT | 0.34 |
|---|---|---|---|---|---|---|---|---|
| 5 | 3/05/02 | 1:05:23P | TO OKEECHOBEE | FL 863 763-2174 | 3:18 | DDC | MFLAT | 0.30 |
| 6 | 3/07/02 | 9:36:12A | TO MIAMI | FL 305 637-4236 | 1:05 | DDC | MFLAT | 0.10 |
| 7 | 3/11/02 | 3:42:37P | TO MIAMI | FL 305 637-4236 | 5:20 | DDC | MFLAT | 0.48 |
| | | TOTAL FOR PRIMARY ACCOUNT CODE | | | 70 | | | $1.22 |

PRIMARY ACCOUNT CODE:  80

| 8 | 4/01/02 | 11:32:05A | TO FTLAUDERDL | FL 954 684-8481 | 2:16 | DDC | MFLAT | 0.20 |
|---|---|---|---|---|---|---|---|---|
| 9 | 4/02/02 | 10:28:56A | TO FTLAUDERDL | FL 954 684-8481 | 1:00 | DDC | MFLAT | 0.09 |
| 10 | 4/03/02 | 4:04:11P | TO NORTH DADE | FL 305 343-6339 | 1:00 | DDC | MFLAT | 0.09 |
| 11 | 4/03/02 | 4:58:29P | TO FTLAUDERDL | FL 954 684-8481 | 2:20 | DDC | MFLAT | 0.21 |
| | | TOTAL FOR PRIMARY ACCOUNT CODE | | | 80 | | | $0.59 |
| | | TOTAL FOR LONG DISTANCE SERVICE | | | | | | $19.24 |

# FedEx

Invoice Number: Mar
Invoice Date:
Account Number: 2096-
Page: 4 of 5

## FedEx Express Payment Type Detail (Original)

**Picked up: Feb 28, 2002**  **Payor: Shipper**  **Reference: ADDERLEY**  FedEx Internal Use: 061052830/00200

- Distance Based Pricing, Zone 2
- Release signature on file.

| | | | | |
|---|---|---|---|---|
| Tracking ID | 831650665017 | Sender | Recipient | |
| Service Type | FedEx Standard Overnight | LYNN FRAZER | ANA M JOHNES P A | |
| Package Type | FedEx Envelope | MCDERMOTT INVESTIGATIONS INC | 330 BISCAYNE BLVD 625 BAYSIDE | |
| Zone | 2 | 328 BANYAN BLVD | MIAMI FL 33132 US | |
| Pieces | 1 | WEST PALM BEACH FL 33401-4604 US | | |
| Weight | 1.0 lbs. 0.5 kgs | | | |
| Delivered | Mar 01, 2002 12:26 | Transportation Charge | | 11.2 |
| Service | | | | |
| Area Code | A2 | Total Transportation Charges | USD $ | 11.2 |
| Signed by | L.FRASER | | | |
| Bundle ID | 000 | | | |

**Dropped off: Mar 15, 2002**  **Payor: Shipper**  **Reference: NO REFERENCE INFORMATION**  FedEx Internal Use: 078004360/07187/_/_

- Fuel Surcharge - FedEx has applied a fuel surcharge of 0.50% to this shipment.
- Distance Based Pricing, Zone 2

| | | | | |
|---|---|---|---|---|
| Tracking ID | 831650665462 | Sender | Recipient | |
| Service Type | FedEx Express Saver | LISA MCDERMOT | LINDA BRASWELL | |
| Package Type | FedEx Pak | MCDERMOTT INVESTIGATIONS INC | BRASWELL SURETY | |
| Zone | 2 | 328 BANYAN BLVD | 626 SE MONTEREY RD | |
| Pieces | 1 | WEST PALM BEACH FL 33401-4604 US | STUART FL 34996 US | |
| Weight | 1.0 lbs. 0.5 kgs | | | |
| Delivered | Mar 18, 2002 13:22 | Transportation Charge | | 7.70 |
| Service | | Fuel Surcharge | | 0.04 |
| Area Code | AM | | | |
| Signed by | J.MOTLEY | Total Transportation Charges | USD $ | 7.74 |
| Bundle ID | 000 | | | |

**Dropped off: Mar 19, 2002**  **Payor: Shipper**  **Reference: NO REFERENCE INFORMATION**  FedEx Internal Use: 080081190/00255/_/_

- Fuel Surcharge - FedEx has applied a fuel surcharge of 0.50% to this shipment.
- Distance Based Pricing, Zone 7

| | | | | |
|---|---|---|---|---|
| Tracking ID | 831650665451 | Sender | Recipient | |
| Service Type | FedEx Standard Overnight | LIS AMACDEMOTT | LIFE INNOVATIONS | |
| Package Type | FedEx Envelope | MCDERMOTT INVESTIGATIONS INC | PREPARE | |
| Zone | 7 | 328 BANYAN BLVD | 2660 ARTHUR STREET | |
| Pieces | 1 | WEST PALM BEACH FL 33401-4604 US | ST. PAUL MN 55113 US | |
| Weight | 1.0 lbs. 0.5 kgs | | | |
| Delivered | Mar 20, 2002 10:11 | Transportation Charge | | 14.75 |
| Service | | Fuel Surcharge | | 0.07 |
| Area Code | A1 | | | |
| Signed by | M.OLSON | Total Transportation Charges | USD $ | 14.82 |
| Bundle ID | 000 | | | |

OTS W261-1 (8/00)

**LAUR AN INVESTIGATIONS, INC.**
**POST OFFICE BOX 7453**
**FORT LAUDERDALE, FLORIDA 33338**

(305) 965-3866

RECEIVED FEB 27 2002

DATE 22 Feb 02

REQUESTED BY  McDermott

RE: Research

| COUNTY | NAME SEARCHED | DIVISION | SEARCH FEE |
|--------|---------------|----------|------------|
| Brow | Travel to Broward County Courthouse to order 3 felony warehouse files. obtain microfiche case history + dispo on destroyed misd. case. | Felony Misd. Cost 4 at 1.00 dispo certify | $35.00 4.00 ✓ 5.00 ✓ 1.00 ✓ |
| | Travel to Archives to obtain copies of 2 destroyed felony files. | Archives Cost 15 at 1.00 11 certify | $35.00 15.00 ✓ 11.00 ✓ |
| | | Postage | 1.00 |

FEI #65-0001450     $ All Certified,    TOTAL DUE $ 107.00

Adderly

# LAUR AN INVESTIGATIONS, INC.
# P.O. BOX 7453
# FORT LAUDERDALE, FLORIDA 33338

## (305) 965-3866

McDERMOTT BAIL BONDS

RE:  Ray Adderley



## INVESTIGATIVE INVOICE

2/27/02      Travel to Broward County Courthouse to obtain certified copies from 1997 misdemeanor warehouse file. Obtain certified microfiche case history on destroyed 1992 municipal ordinance file. Federal Express to your office.

|  |  |  |
|---|---|---|
| Research Fee |  | $35.00 |
| ✘ Copies | 5 @ $1.00 | $ 5.00 |
|  | 3 Certifications | $ 3.00 |
|  | TOTAL DUE | $43.00 |

# ChoicePoint

ChoicePoint Public Records Inc.
P.O. BOX 945664
ATLANTA, GA  30394-5664
Tax ID #:   58-2582498

Billing Inquiries: (800) 317-6654
Facsimile: (561) 982-5886
Accounting Hours: 8:00am - 6:00pm EST, Monday - Friday
Service Inquiries: (800) 897-1644

**Invoice Number:   AB0000429544**

Account Number:   15850    Invoice Date:   02/28/2002

**Payment Due Upon Receipt**

MCDERMOTT PRIVATE INVESTIGATION
ATTN: LISA MCDERMOTT
328 BANYON BLVD SUITE F
WEST PALM BEACH, FL  33401

| Account Summary ||||
| --- | --- | --- | --- |
| Previous | Credits | Payments | Past Due |
| $514.10 | $0.00 | $514.10 | $0.00 |

## Invoice Detail Sorted by Reference ID

| Date and Time | User ID | Transaction Code | Quantity | Amount |
| --- | --- | --- | --- | --- |

**Reference:   ADDERLY**

| | | | | |
| --- | --- | --- | --- | --- |
| 02/20/2002  4:04:12PM | LYNNFE | SEARCH RESULTS | | $5.00 |
| 02/20/2002  4:07:49PM | LYNNFE | SEARCH RESULTS | | $5.00 |

Sub Total:   ADDERLY                                                                                $10.00

**Reference:   ALYCIA**

| | | | | |
| --- | --- | --- | --- | --- |
| 02/11/2002  11:23:56AM | LYNNFE | REPORT-NAT COMP | | $17.00 |

Sub Total:   ALYCIA                                                                                  $17.00

**Reference:   CARNRICK**

| | | | | |
| --- | --- | --- | --- | --- |
| 02/14/2002  8:36:06AM | LYNNFE | SEARCH RESULTS | | $5.00 |
| 02/14/2002  8:39:19AM | LYNNFE | REPORT-NAT COMP | | $17.00 |
| 02/14/2002  8:40:52AM | LYNNFE | SEARCH RESULTS | | $5.00 |
| 02/14/2002  8:41:16AM | LYNNFE | SEARCH RESULTS | | $5.00 |

Sub Total:   CARNRICK                                                                              $32.00

**Reference:   CLEAVER**

| | | | | |
| --- | --- | --- | --- | --- |
| 02/01/2002  2:24:11PM | LYNNFE | SEARCH RESULTS | | $5.00 |
| 02/01/2002  2:26:21PM | LYNNFE | REPORT-NAT COMP | | $17.00 |
| 02/01/2002  2:29:07PM | LYNNFE | REPORT-NAT COMP | | $17.00 |
| 02/01/2002  4:19:54PM | LYNNFE | SEARCH RESULTS | | $3.00 |
| 02/01/2002  4:41:55PM | LYNNFE | REPORT-NAT COMP | | $17.00 |
| 02/01/2002  5:15:36PM | LYNNFE | SEARCH RESULTS | | $3.00 |

Sub Total:   CLEAVER                                                                               $62.00

**Reference:   COTTONE**

| | | | | |
| --- | --- | --- | --- | --- |
| 02/08/2002  12:06:50PM | LYNNFE | SEARCH RESULTS | | $5.00 |

Sub Total:   COTTONE                                                                               $5.00

**Reference:   GAYNOR WHITFIELD**

Invoice Continued on Next Page.

# ChoicePoint

ChoicePoint Public Records Inc.
P.O. BOX 945664
ATLANTA, GA  30394-5664
Tax ID #:   58-2582498

Billing Inquiries: (800) 317-6654
Facsimile: (561) 982-5886
Accounting Hours: 8:00am - 6:00pm EST, Monday - Friday
Service Inquiries: (800) 897-1644

**Invoice Number:**   AB0000386447

Account Number:   15850      Invoice Date:   11/30/2001

**Payment Due Upon Receipt**

MCDERMOTT PRIVATE INVESTIGATION
ATTN: LISA MCDERMOTT
328 BANYON BLVD SUITE F
WEST PALM BEACH, FL  33401

| Account Summary | | | |
|---|---|---|---|
| Previous | Credits | Payments | Past Due |
| $0.00 | $0.00 | $0.00 | $0.00 |

## Invoice Detail Sorted by Reference ID

| Date and Time | User ID | Transaction Code | Quantity | Amount |
|---|---|---|---|---|
| **Reference:   ADDERLY** | | | | |
| 11/16/01  3:52:49PM | LYNNFE | SEARCH RESULTS | | $3.00 |
| 11/16/01  3:53:49PM | LYNNFE | REPORT-NAT COMP | | $15.00 |
| 11/16/01  3:54:38PM | LYNNFE | SEARCH RESULTS | | $3.00 |
| 11/16/01  3:55:23PM | LYNNFE | SEARCH RESULTS | | $3.00 |
| 11/16/01  3:56:06PM | LYNNFE | REPORT-NAT COMP | | $15.00 |
| **Sub Total:   ADDERLY** | | | | **$39.00** |
| **Reference:   CARNRICK** | | | | |
| 11/5/01  1:37:30PM | LYNNFE | SEARCH RESULTS | | $5.00 |
| 11/5/01  1:42:01PM | LYNNFE | REPORT-NAT COMP | | $17.00 |
| 11/5/01  1:42:54PM | LYNNFE | SEARCH RESULTS | | $3.00 |
| 11/5/01  2:01:29PM | LYNNFE | SEARCH RESULTS | | $3.00 |
| 11/5/01  2:04:16PM | LYNNFE | SEARCH RESULTS | | $3.00 |
| 11/5/01  2:06:04PM | LYNNFE | SEARCH RESULTS | | $3.00 |
| 11/20/01  4:30:59PM | LYNNFE | SEARCH RESULTS | | $3.00 |
| 11/20/01  4:31:42PM | LYNNFE | SEARCH RESULTS | | $3.00 |
| 11/20/01  4:32:04PM | LYNNFE | SEARCH RESULTS | | $3.00 |
| 11/20/01  4:32:27PM | LYNNFE | SEARCH RESULTS | | $3.00 |
| 11/20/01  4:33:10PM | LYNNFE | SEARCH RESULTS | | $3.00 |
| 11/21/01  12:49:53PM | LYNNFE | FL RT VEHICLES | | $4.00 |
| 11/21/01  3:18:17PM | LYNNFE | REPORT-NAT COMP | | $17.00 |
| 11/21/01  3:18:19PM | LYNNFE | LINKIT | | $2.00 |
| 11/21/01  3:20:28PM | LYNNFE | REPORT-NAT COMP | | $17.00 |
| 11/21/01  3:20:29PM | LYNNFE | LINKIT | | $2.00 |
| 11/21/01  3:22:19PM | LYNNFE | REPORT-NAT COMP | | $17.00 |
| 11/21/01  3:22:20PM | LYNNFE | LINKIT | | $2.00 |
| 11/21/01  3:26:23PM | LYNNFE | REPORT-NAT COMP | | $17.00 |
| 11/21/01  3:26:24PM | LYNNFE | LINKIT | | $2.00 |
| 11/21/01  3:27:52PM | LYNNFE | REPORT-NAT COMP | | $17.00 |
| 11/21/01  3:27:52PM | LYNNFE | LINKIT | | $2.00 |
| 11/21/01  3:31:49PM | LYNNFE | SEARCH RESULTS | | $3.00 |
| 11/21/01  3:32:54PM | LYNNFE | SEARCH RESULTS | | $3.00 |
| 11/21/01  3:38:33PM | LYNNFE | SEARCH RESULTS | | $3.00 |

Invoice Continued on Next Page.



# Florida Department of Law Enforcement
## Criminal History Information

## Receipt

● Please save this receipt for your records or retain the Transaction ID Number. ●

**Customer Information**
- Full Name: *McDermott Bail Bonds*
- Address1: *328 Banyan Blvd*
- Address2: *Suite F*
- City: *West Palm Beach*
- State: *FL*
- Zip: *33401*

**Search Criteria Requested**
- First Name: *Demetrius*
- Middle Name:
- Last Name: *Lightfoot*
- Maiden Name:
- Date of Birth: *02/06/1975*
- Age:
- Race:
- Sex: *M*
- SSN: *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*

● **Transaction ID Number:**
*200111121550365334*
- Time of Transaction: *11/12/01 3:50:36 PM*
- Amount Charged: *$15.00*

[Print Receipt]   [Continue To Search Results]

[E-Mail Receipt To]   *Adderly*



# Florida Department of Law Enforcement
## Criminal History Information

## Receipt

● Please save this receipt for your records or retain the Transaction ID Number. ●

**Customer Information**
- **Full Name:** *McDermott Bail Bonds*
- **Address1:** *328 Banyan Blvd*
- **Address2:** *Suite F*
- **City:** *West Palm Beach*
- **State:** *FL*
- **Zip:** *33401*

**Search Criteria Requested**
- **First Name:** *Brian*
- **Middle Name:**
- **Last Name:** *Smith*
- **Maiden Name:**
- **Date of Birth:** *07/30/1974*
- **Age:**
- **Race:**
- **Sex:** *M*
- **SSN:**

●**Transaction ID Number:**
*200111121553465334*
- **Time of Transaction:** *11/12/01 3:53:46 PM*
- **Amount Charged:** *$15.00*

[Print Receipt]    [Continue To Search Results]

*Adderly*

[E-Mail Receipt To]



# Florida Department of Law Enforcement
## Criminal History Information

## Receipt
● Please save this receipt for your records or retain the Transaction ID Number. ●

**Customer Information**
Full Name: *McDermott Bail Bonds*
Address1: *328 Banyan Blvd*
Address2: *Suite F*
City: *West Palm Beach*
State: *FL*
Zip: *33401*

**Search Criteria Requested**
First Name: *Ray*
Middle Name:
Last Name: *Adderly*
Maiden Name:
Date of Birth: *11/20/1973*
Age:
Race:
Sex: *M*
SSN: *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*
● **Transaction ID Number:**
*2002022014103770555*
Time of Transaction: *2/20/02 2:10:37 PM*
Amount Charged: *$8.00*

[Print Receipt]   [Continue To Search Results]

E-Mail Receipt To   mcdpi@aol.com

*Adderly*



# Florida Department of Law Enforcement
## Criminal History Information

## Receipt

● Please save this receipt for your records or retain the Transaction ID Number. ●

**Customer Information**
- Full Name: *McDermott Bail Bonds*
- Address1: *328 Banyan Blvd*
- Address2: *Suite F*
- City: *West Palm Beach*
- State: *FL*
- Zip: *33401*

**Search Criteria Requested**
- First Name: *Ray*
- Middle Name:
- Last Name: *Adderly*
- Maiden Name:
- Date of Birth: *11/20/1973*
- Age:
- Race:
- Sex: *M*
- SSN: *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*
- ●**Transaction ID Number:** *2002022201405505334*
- Time of Transaction: *2/20/02 2:05:50 PM*
- Amount Charged: *$15.00*

[Print Receipt]   [Continue To Search Results]

E-Mail Receipt To: mcdpi@aol.com

*Adderly*

https://www2.fdle.state.fl.us/cch/receipt.asp　　　　　　　　　　　　　　　2/20/2002