

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case Number: 00-6008-CR-ROETTGER

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

RAY ADDERLY,

    Defendant.
_____/

## ORDER

The above-entitled matter, having come on before this Court upon the <u>Defendant, RAY ADDERLY' Request for Approval of Voucher (CJA21) Submitted by Investigator</u> and the Court being fully advised, it is

ORDERED AND ADJUDGED that the Defendant, RAY ADDERLY' Request for Approval of Voucher (CJA21) Submitted by Investigator is hereby _Approved_

DONE AND ORDERED at Ft. Lauderdale, Florida this 24 day of Oct, 2002.

_____
HONORABLE JUDGE NORMAN C. ROETTGER
UNITED STATES DISTRICT COURT JUDGE

pc: Ana M. Jhones, counsel to the defendant
    Edward Ryan, AUSA

