IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 00-6008-CR-ROETTGER

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

RAY ADDERLY,

    Defendant,
_____/

## MOTION FOR COMPENSATION IN EXCESS OF AGGREGATE LIMIT OF $5,200.00

COMES NOW, Ana M. Jhones, as counsel to Ray Adderly, who pursuant to Title 18 U.S.C. § 3006A(d)(3) hereby files this Motion For Compensation in Excess of Aggregate Limit of $ 5,200.00.

1. That under the Criminal Justice Act, Title 18 U.S.C. § 3006A(d)(3) there is a maximum amount of compensation set forth. Specifically, the Act provides as follows:

> (2)Maximum amounts.-- For representation of a defendant before the United States magistrate or the district court, or both the compensation to be paid to an attorney or to a bar association or legal aid agency or community defender organization shall not exceed $ 5,200.00 for each attorney in a case in which one or more felonies are charged. . ."

2. That in addition to the CJA 20 form, there is an "Attachment to the Voucher" with a detailed explanation regarding the work performed.



3. That the facts that served to make this case an "extended" matter are as follows:

(A) This Defendant was charged with both a substantive drug offense as well as two separate counts for firearms violations. This combination served to trigger serious consequences in view of the Defendant's prior criminal history.

(B) That the Defendant's prior criminal history proved to be a challenge to decipher. Many of the convictions were over 5 years old, as such numerous trips were made to Broward County in order to acquire the documentation on these priors.

(C) A considerable amount of time was spent in client consultations as a result of the criminal history and the potential consequences of this criminal history on the Defendant's exposure in this particular matter.

(D) That at the early stages of this case an issue arouse regarding the Defendant's competence, based on some historical data that existed, thus, an evaluation of the Defendant was had and ultimately the Defendant was found to be competent.

4. That this case involved a relatively small amount of powder cocaine, i.e., 39 grams. However, because the Defendant was found to be in constructive possession of a firearm, this otherwise, straight-forward case became complex. There were extensive plea negotiations that ultimately resulted in a plea agreement.

5. The attached voucher has exceeded the statutory cap by approximately $ 2,836.00 and approval is being sought for the total amount of the voucher in this matter.

WHEREFORE, based on the foregoing, undersigned counsel, Ana M. Jhones, most respectfully requests this Honorable Court to enter an Order allowing payment in excess of the $ 5,200.00 statutory cap and this Honorable Court approve payment in the amount of $

2

8,682.13.

DATED this _18th_ day of _February_, 2003.

Respectfully submitted,

ANA M. JHONES
Attorney at Law
Miracle Building, Suite 235
220 Miracle Mile
Coral Gables FL   33134
Telephone:   (305)461-0700
Facsimile:   (305)461-0041

BY: _____
Florida Bar #771170

3