## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO.: 00-6008-CR-ROETTGER

**UNITED STATES OF AMERICA**

**v.**

**RAY ADDERLY,**

       **Defendant.**

_____/

### GOVERNMENT'S MOTION FOR SENTENCE REDUCTION
### PURSUANT TO FED.R.CRIM.P.35

Pursuant to Rule 35(b), the United States, through the Undersigned Assistant United States Attorney, hereby moves for reduction of sentence for defendant Ray Adderly ("Adderly") in order to reflect his substantial assistance in the prosecution of others. In support of this motion, the government states as follows:

1. On January 13, 2000, Adderly was charged in a four-count indictment conspiracy to possess with intent to distribute cocaine, in violation of Title 21, United States Code, Sections 841(a)(1) and 846 (Count 1); possession with intent to distribute cocaine, in violation of Title 21, United States Code, Section 841(a)(1)(Count 2); being a felon in possession (Count 3); and use and carry of a firearm in furtherance of a drug trafficking crime (Count 4) (DE 3).

2. On January 22, 2000, Adderly entered a change of plea to Counts 1 and 3 of the Indictment. Pursuant to the change of plea, a written plea agreement was entered into by the parties, which contemplated Adderly's cooperation.

3. On or about June 21, 2002, Judge Roettger sentenced Adderly to 160 months' imprisonment, 4 years' supervised release and $200 special assessment, after granting the government's 18 U.S.C. § 3553(e) and USSG §  5K1.1 motion for downward departure.

4. After incarceration, in March 2006, Adderly provided information to the Federal Bureau of Investigation of a correctional officer who was bringing in contraband in exchange for bribes. Adderly's cooperation in conjunction with the investigation led to the prosecution of the correctional officer for accepting $20,000 in bribes. The correction officer was sentenced on March 20, 2008, to 40 months' incarceration.

5. Accordingly, the United States respectfully moves this Court for a second reduction of the sentence imposed, pursuant to Rule 35(b) for Adderly's substantial assistance to the government.

6. For the foregoing reasons, the government believes that Adderly has provided substantial assistance in the prosecution of another, and that his sentence should be reduced by twenty percent (20%) to reflect that fact.

        Respectfully submitted,

        R.ALEXANDER ACOSTA
        UNITED STATES ATTORNEY

By:    s/ Robin Waugh-Farretta
        Robin Waugh-Farretta
        Assistant United States Attorney
        Florida Bar No. 0537837
        500 East Broward Boulevard, 7th Flr.
        Fort Lauderdale, Florida 33394
        Tel: (954) 356-7255
        Fax: (954) 356-7336

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on September 12, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record or other parties identified on the attached Service List in the matter specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in come other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of electronic Filing.

                                          s/ Robin Waugh-Farretta
                                          ROBIN WAUGH-FARRETTA
                                          ASSISTANT UNITED STATES ATTORNEY

## SERVICE LIST

**United States v. Ray Adderly**
**Case No.: 00-6008-CR-ROETTGER**
**United States District Court, Southern District of Florida**

Inmate Ray Adderly
Inmate Registration Number: 55151-004
FCI Coleman - Medium
P.O. Box 1032
Coleman, FL 33521