UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  00-6008-CR-ROETTGER

UNITED STATES OF AMERICA,

                Plaintiff,

v.

RAY ADDERLY,

                Defendant.
_____/

**CLERK'S ORDER OF JUDICIAL OFFICER REASSIGNMENT OF A CLOSED CASE**

      Documents have been submitted to this Court which pertain to a case in which the assigned judge is no longer with this Court; all parties to this action are noticed as follows:

    1.    That pursuant to the Local Rules of this Court, providing for the random and equal allotment of cases, the above-styled case is hereby reassigned to the calendar of PATRICIA A. SEITZ, United States District Judge for all further proceedings, and

    2.    That all papers hereafter filed shall bear the assigned case number followed by the surname of the assigned Judicial Officer as follows:

**00-6008-CR-SEITZ**

thereby indicating the Judge to whom all future documents should be routed or otherwise brought for attention, in accordance with S.D.Fla. L.R. 5.1.A.2.

    DONE at Fort Lauderdale, Florida, this 17th day of September, 2008.

                                          STEVEN M. LARIMORE
                                          Court Administrator •Clerk of Court

                                          /s/ Michael W. Beck
                               By: _____
                                           Deputy Clerk

c:    U.S. District Judge Seitz
      All counsel of record/pro se parties